IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

UNITED STATES OF AMERICA

Case No. 3:13-cr-00557-SI

v.

**INDICTMENT**

STEVEN DOUGLAS ROCKETT,

18 U.S.C. §§ 2, 2251(a) and (e),
2252A(a)(5)(B) and (b)(2), and 2253

Defendant.

THE GRAND JURY CHARGES:

### COUNT 1
### (Producing Child Pornography)

From on or about May 1, 2011, through on or about October 1, 2011, in the District of

Oregon, defendant **STEVEN DOUGLAS ROCKETT** knowingly and unlawfully employed,

used, persuaded, induced, enticed, or coerced "NS," a minor, to engage in sexually explicit

conduct for the purpose of producing a visual depiction of said conduct, and attempted to do so,

said depictions having been produced using materials that had been mailed, shipped, or

transported in or affecting interstate or foreign commerce by any means, including by computer;

all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2
**(Producing Child Pornography)**

From on or about May 2, 2013, through on or about June 22, 2013, in the District of

Oregon, defendant **STEVEN DOUGLAS ROCKETT** knowingly and unlawfully employed,

used, persuaded, induced, enticed, or coerced "NS," a minor, to engage in sexually explicit

conduct, namely a lewd and lascivious exhibition of her genitals and pubic area, for the purpose

of producing a visual depiction of said conduct, and attempted to do so, knowing or having

reason to know that said depictions would be transported or transmitted using any means or

facility of interstate or foreign commerce or in or affecting interstate or foreign commerce; all in

violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 3
**(Producing Child Pornography)**

From on or about April 27, 2013, through on or about June 11, 2013, in the District of

Oregon and elsewhere, defendant **STEVEN DOUGLAS ROCKETT** knowingly and unlawfully

employed, used, persuaded, induced, enticed, or coerced "MG," a minor, to engage in sexually

explicit conduct for the purpose of producing a visual depiction of said conduct, and attempted to

do so, knowing or having reason to know that said depictions would be transported or

transmitted using any means or facility of interstate or foreign commerce or in or affecting

interstate or foreign commerce; all in violation of Title 18, United States Code, Sections  2251(a)

and (e) and 2.

## COUNT 4
**(Producing Child Pornography)**

From on or about April 26, 2013, through on or about June 22, 2013, in the District of

Oregon and elsewhere, defendant **STEVEN DOUGLAS ROCKETT** knowingly and unlawfully

employed, used, persuaded, induced, enticed, or coerced "HJ," a minor, to engage in sexually

Indictment                                                                                              Page 2

explicit conduct for the purpose of producing a visual depiction of said conduct, and attempted to do so, knowing or having reason to know that said depictions would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce; all in violation of Title 18, United States Code, Sections 2251(a) and (e) and 2.

### COUNT 5
### (Possession of Child Pornography)

On or about August 23, 2013, in the District of Oregon, defendant **STEVEN DOUGLAS ROCKETT** knowingly and unlawfully possessed images of child pornography, as defined in Title 18, United States Code, Section 2256(8), which contained visual depictions of minors engaged in sexually explicit conduct, such images having been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or having been produced using materials that were shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

/ / /

/ / /

/ / /

## Forfeiture Allegation

Upon conviction of an offense listed above, defendant **STEVEN DOUGLAS**

**ROCKETT** shall forfeit to the United States pursuant to Title 18, United States Code, Section

2253, any and all matter which contains visual depictions produced, received, distributed,

advertised, or possessed in violation thereof, and any and all property used or intended to be used

in any manner or part to commit or to promote the commission of the aforementioned violations.

DATED this _19th_ day of November 2013.

A TRUE BILL

_____
OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

_____
PAUL T. MALONEY
Special Assistant United States Attorney