TOM C. BORTON, OSB #092936
Cohen & Coit, PC
9200 SE Sunnybrook Ave, Suite 430
Clackamas, OR 97015
Ph: 503-231-3419
Fax: 503-231-3420
Tom@cohencoit.com
Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>STEVEN DOUGLAS ROCKETT,<br><br>Defendant. | Case No.: 3:13-CR-00557-SI<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Defendant, STEVEN DOUGLAS ROCKETT, by and through his attorney, Tom C. Borton, of Cohen & Coit P.C., petitions this Court for a Writ of Habeas Corpus Ad Prosequendum, and states as follows:

1. The above-named defendant is now being confined in the Federal Detention Center at Sheridan, Oregon with the inmate number 75742-065, pending trial in this Court.

2. A hearing bail forfeiture hearing is scheduled in the Circuit Court of the State of Oregon for the County of Washington on January 15, 2014 at

PAGE 1— PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

2:30 p.m. before the Honorable Circuit Court Judge Kirsten E. Thompson, and it is necessary that the defendant be present in person for that hearing.

3. The prosecutor, Paul Maloney, does not object to this Petition.

WHEREFORE the petitioner respectfully moves that this Court order a Writ of Habeas Corpus Ad Prosequendum to issue from this Court to the United States Marshal for the District of Oregon, or any other United States Marshal, requiring him to serve said writ on the Warden, Superintendent or Custodian of any place or institution where the defendant is confined, and requiring him to produce the defendant before the Circuit Court of the State of Oregon for the County of Washington on the 15th day of January, 2014 at 2:30 p.m. for a bail forfeiture hearing, and thereafter to return the defendant to the institution where he is now confined at the termination of the hearing.

RESPECTFULLY SUBMITTED this ____ day of January, 2014.

/s/ TOM C. BORTON
Tom C. Borton, OSB #092936
Of Attorneys for Defendant

PAGE 2— PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

## Certificate of Service

I hereby certify that on January 6, 2014, I served the foregoing Petition for Writ of Habeas Corpus Ad Prosequendum by US Mail First Class and by email on the following:

Paul T. Maloney
Special Prosecutor US Attorney's Office
150 N 1st Ave, Suite 300 MS 40
Hillsboro, OR 97124
paul_maloney@co.washington.or.us

/s/ Tom C. Borton
Tom C. Borton, OSB #092936
Attorney for the Defendant
Cohen & Coit, PC
9200 SE Sunnybrook Ave, Suite 430
Clackamas, OR 97015
Ph:   503-231-3419
Fax:  503-231-3420
tom@cohencoit.com