TOM C. BORTON, OSB #092936
Cohen & Coit, PC
Email: Tom@cohencoit.com
ANDREW D. COIT, OSB# 972378
Cohen & Coit, PC
Email: Andrew@cohencoit.com
9200 SE Sunnybrook Ave, Suite 430
Clackamas, OR 97015
Ph: 503-231-3419
Fax: 503-231-3420

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                      Plaintiff,<br><br>   vs.<br><br>STEVEN DOUGLAS ROCKETT,<br><br>                                      Defendant. | Case No.: 3:13-CR-00557-SI<br><br>MOTION TO WITHDRAW PREVIOUSLY FILED PLEADING |

Defendant, STEVEN DOUGLAS ROCKETT, by and through his attorney, Tom C. Borton of Cohen & Coit P.C., moves this Court to withdraw defense counsel's previously filed *Motion to Withdraw and Appoint Counsel; Alternative Motion for Appointment of Counsel*.

PAGE 1— MOTION TO WITHDRAW PREVIOUSLY FILED PLEADING

Defense counsel no longer needs to withdraw from the case or be appointed as counsel, as the Washington County Circuit Court has now released sufficient funds to allow for continued representation.

RESPECTFULLY SUBMITTED this 9th day of December, 2014.

>/s/ TOM C. BORTON
Tom C. Borton
Of Attorneys for Defendant

## Certificate of Service

      I hereby certify that on December 9, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Paul T. Maloney
Special Prosecutor US Attorney's Office
150 N 1st Ave, Suite 300 MS 40
Hillsboro, OR 97124
paul_maloney@co.washington.or.us

                              /s/ Tom C. Borton
                              Tom C. Borton, OSB #092936
                              tom@cohencoit.com
                              Cohen & Coit, PC
                              Of Attorneys for Defendant

                              9200 SE Sunnybrook Ave, Suite 430
                              Clackamas, OR  97015
                              Ph:    503-231-3419
                              Fax:   503-231-3420

PAGE 3— MOTION TO WITHDRAW PREVIOUSLY FILED PLEADING