S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**AMY E. POTTER**
Assistant United States Attorney
amy.potter@usdoj.gov
405 E. 8th Street, Suite 2400
Eugene, Oregon  97401-2708
Telephone:    (541) 465-6771
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 3:13-CR-00557-SI |
| v. | **SUPERSEDING BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |
| **STEVEN DOUGLAS ROCKET,** | |
| Defendant. | |

The United States of America, by and through S. Amanda Marshall, United States Attorney for the District of Oregon and AUSA Amy E. Potter, Assistant United States Attorney, hereby files the following Superseding Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Superseding Indictment, the United States is seeking forfeiture of property listed on the attached Asset List.

DATED this 18th day of December 2014.

**S. AMANDA MARSHALL**
United States Attorney

*s/ Amy E. Potter*
**AMY E. POTTER**
Assistant United States Attorney