## Asset List

Dell Computer Tower XPS, SDVBCX1;

ITB Western Digital hard drive, model WD10EZEX-75ZF5A0, s/n WD-WCC1S2718350;

ITB Western Digital hard drive, model WD10EADS-22M2B0, s/n WCAV5P785734;

250GB Western Digital External hard drive, model WD2500JB-00GVC0, s/n WCAL74284504;

Black Samsung digital video camera model HMX-H104BN/XAA, s/n ZARF6V4S700168J;

Silver Olympus Stylus Tough digital camera model 6020, s/n B1C597558;

Black Nikon Coolpix digital camera model S550, s/n 32204926;

Black Nikon Coolpix digital camera model S550, s/n 32542703;

Silver Nikon Coolpix digital camera model S3500, s/n 30152529;

Mini DVR High Definition SD Card DVR unit;

4 GB SanDisk SD card, model BH0819613475D;

8 GB Polaroid PNY SD card model SD-K08G; s/n 0924WW0887B;

1 GB micro SD card model SD-C01G, s/n 1103CL7285D;

AT&T SIM card model 73057 S 5026, s/n ICCID 89014105254260647385;

2 GB SanDisk micro SD card, s/n 0905403541S985;

AT&T micro SIM card model 40954 O 4026, s/n ICCID 89014104276045307796;

2 GB SanDisk micro SD card, s/n 0803002885DS6;

AT&T SIM card model 73057 O 4026, s/n ICCID 89014104254441700849;

2 GB Staples Relay SD card model S502G1116; s/n TDKI110400829;

512 MB SanDisk SD card, s/n AX0409WV;

16 MB SD card labeled "16MB" model D14M, s/n BP6IB246920;

2 GB SanDisk SD card, s/n BE0807011724D;

512 MB SanDisk SD card labeled "J" model AX0736311397D;

512 MB SD card labeled "512"model AX0606504179D;

512 MB SD card labeled "512" model AX0736111397D;

2 GB SanDisk SD card labeled "2" model BE0807011724D;

4 GB SanDisk micro SD card, s/n 2293SG05V0ZV;

1 GB SanDisk micro SD card, s/n 0933103596S159;

**Attachment 1**
**Page 1**

1 GB SanDisk micro SD card, s/n 004904122D3D;

1 GB SanDisk micro SD card, s/n 0917804258C4CL;

1 GB SanDisk micro SD card, s/n 0919904122DEK;

1 GB SanDisk micro SD card, s/n 1008604122DY0;

1 GB micro SD card model SD-C01G, s/n 1011RC3107B;

2 GB micro SD card model SD-C02G; s/n 0943RA8940H;

8 GB Polaroid SD card model SD-K08G, s/n 0924WW0896B;

AT&T SIM card model 40952 G 3026, s/n ICCID 89014103275909312372;

8 GB SanDisk micro SD card, s/n 0909603429DCR;

32 GB Transcend SD card, s/n 399863 0665;

Black Samsung AT&T cell phone model SGH-I547, s/n R31D11KK9CN IMEI 352702051253560;

Black LG AT&T "Windows Phone" cell phone model LG-C900, s/n 105KPMZ204435;

Red LG Verizon cell phone model VX85504LK, s/n 707KPPB0223BB0 MEID A0000003B22FFE;

Blue Apple iPod model A1421, s/n C3LJL5LSF4JW;

Black Apple iPod model A1421, s/n C3TJP0CAF4K4;

Black Samsung AT&T Galaxy cell phone model SGH-I437; s/n R31D30YQLGF IMEI 353128050300617;

Green & black Pantech AT&T cell phone model P6010, s/n 112800088375 IMEI012567000887939;

Black Samsung AT&T cell phone model SGH-A667, s/n R22B852632W IMEI 352319044682308;

Black/Gray Samsung AT&T cell phone model SGH-A927, s/n RPTB814363Y IMEI 353602040560381;

Green Samsung T-Mobile cell phone model T459, IMEI 353060/03/307099/3;

Silver Kyocera Cricket cell phone model S1310 "Domino", s/n MEID 268435456414185236;

Black Samsung AT&T cell phone model SGH-A177, s/n RP5Z765613J IMEI 352617041350112;

Amazon Kindle model D00901;

**Attachment 1**
**Page 2**

Amazon Kindle model X43z60;

Direct TV C31-700 Genie receiver; various power cords and AV cords;

Black and olive camera bag containing

- 32 GB Dane-Elec Proline UDMA 300X Compact Flash card, s/n C2326646R110304031;
- Canon EOS 7D model DS126251, s/n 3071209093 with battery pack/vertical grip attached;
- 32 GB Transcend Compact Flash UDMA7 400x card, s/n A166775368 6312AC0U7RR;
- 3 additional lenses, 1 extender, 3 shades, 2 batteries, 2 battery chargers, lens cleaning supplies, and other miscellaneous items;

Black Sony Dream Machine Alarm Clock, s/n 1920418;

Black Vivitar ViviCam 8690 digital camera, s/n MID0050909;

Silver and red alarm clock;

2 GB Kingston micro SD card model SD-C02G, s/n 0948RB1328F;

SanDisk SD card model AX0736311397D;

2 GB SanDisk SD card model BE0809711724D;

T-mobile SIM card model OCS_2.3, s/n ICCID 89012602100029370781;

T-mobile SIM card model 37.05A, s/n ICCID 89012604300000358270;

AT&T SIM card, s/n ICCID 89014105254260647369;

AT&T SIM card, s/n ICCID 89014105254260647377;

AT&T 3G SIM card, s/n ICCID 89014105243921919168;

AT&T SIM card, s/n ICCID 89014104254438521604;

Cingular 3G SIM card, s/n ICCID 89014103211113961910