ANDREW D. COIT, OSB# 972378
Email: Andrew@cohencoit.com
TOM C. BORTON, OSB #092936
Email: Tom@cohencoit.com
COHEN & COIT, P.C.
9200 SE Sunnybrook Ave, Suite 430
Clackamas, OR 97015
Ph: 503-231-3419
Fax: 503-231-3420

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　　Plaintiff,<br>vs.<br>STEVEN DOUGLAS ROCKETT,<br><br>　　　　　　　　　　　　　Defendant. | Case No.: 3:13-CR-00557-SI<br><br>STIPULATION REGARDING ADMISSIBILITY OF DEFENDANT'S STATEMENTS |

Defendant, STEVEN DOUGLAS ROCKETT, by and through his attorneys, Andrew D. Coit and Tom C. Borton, of Cohen & Coit P.C., and the government by and through U.S. special prosecutor, Paul T. Maloney, hereby stipulate to admissibility of the following evidence regarding statements made by defendant on or about August 23, 2013 to law enforcement:

///

Page 1 of 4 - STIPULATION RE: ADMISSIBILITY OF DEFENDANT'S STATEMENTS

1.      Defendant's statements pertain to the same issue previously litigated in state court, *State of Oregon vs. Steven Douglas Rockett*, Washington County Circuit Court Case Numbers: C131929CR, C132673CR, and C140306CR.  The parties agree that it is not necessary to re-litigate these issues.

2.      Defendant previously filed a motion to suppress defendant's statements and the government filed a response.  Based on those pleadings and the trial court's ruling in defendant's state court cases referenced above, the parties' stipulate as to the admissibility of defendant's statements in the present case as follows:

   A.    Defendant was interviewed by former Washington County Sheriff deputies Erika Cox and Kurt Tarkalson on August 23, 2013.

   B.    Defendant invoked his right to counsel 33 minutes and 55 seconds into the recorded interview (33:55).

   C.    Defendant's statements prior to his invocation of his right to counsel were knowingly, voluntarily and intelligently made.

   D.    Defendant's statements made prior to his invocation of right to counsel are admissible.

   E.    Defendant's invocation of his right to counsel is not admissible.

   F.    All of defendant's statements made subsequent to his invocation of right to counsel are not admissible, and the government is not

seeking to offer those statements as evidence in the government's case in chief. The government agrees to notify the court and the defendant prior to offering any of the excluded statements into evidence.

RESPECTFULLY SUBMITTED this 29$^h$ day of April, 2015.

/s/ ANDREW D. COIT
Andrew D. Coit
Attorney for Defendant

/s/ TOM C. BORTON
Tom C. Borton
Attorney for Defendant

## Certificate of Service

      I hereby certify that on April 29, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which provides notification of such filing to the following individual(s):

    Mr. Paul T. Maloney
    Special Prosecutor U.S. Attorney's Office
    150 N 1st Ave, Suite 300 MS 40
    Hillsboro, OR 97124
    E-Mail: paul_maloney@co.washington.or.us

                                    /s/ Andrew D. Coit
                                    Andrew D. Coit, OSB# 972378
                                    andrew@cohencoit.com
                                    Attorney for Defendant

                                    /s/ Tom C. Borton
                                    Tom C. Borton, OSB #092936
                                    tom@cohencoit.com
                                    Attorney for Defendant

                                    COHEN & COIT, P.C.
                                    9200 SE Sunnybrook Ave, Suite 430
                                    Clackamas, OR  97015
                                    Ph:    503-231-3419
                                    Fax:   503-231-3420