FILED 16 DEC '15 14:33 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:13-CR-00557-SI |
| v. | SECOND SUPERSEDING INDICTMENT |
| STEVEN DOUGLAS ROCKETT, | 18 U.S.C. §§ 2251(a), (c) and (e); 2423(c) and (e); and |
| Defendant. | 2252A(a)(5)(B) and (b)(2) |
| | Forfeiture Allegations |

THE GRAND JURY CHARGES:

### COUNT 1
(Producing Child Pornography)
(18 U.S.C §§ 2251(c) and (e))

From on or about January 23, 2000, to on or about January 29, 2013, in the District of Oregon and elsewhere, defendant **STEVEN DOUGLAS ROCKETT**, whose last known residence was in the District of Oregon, knowingly and unlawfully employed, used, persuaded, induced, enticed, and coerced minors to engage in sexually explicit conduct outside of the United States, its territories or possessions, for the purpose of producing visual depictions of such conduct and intending such depictions to be transported to the United States by means or facilities of interstate or foreign commerce, and did attempt to do so;

In violation of Title 18, United States Code, Sections 2251(c) and (e).

### COUNT 2
### (International Travel and Engaging in Illicit Sexual Conduct with a Minor)
### (18 U.S.C §§ 2423(c) and (e))

From on or about October 10, 2007, to on or about October 28, 2007, defendant **STEVEN DOUGLAS ROCKETT**, a citizen of the United States, did knowingly travel in foreign commerce from the State of Oregon to the country of the Philippines and engage in illicit sexual conduct with another person, and did attempt to do so;

In violation of Title 18, United States Code, Sections 2423(c) and (e).

### COUNT 3
### (International Travel and Engaging in Illicit Sexual Conduct with a Minor)
### (18 U.S.C §§ 2423(c) and (e))

From on or about January 27, 2010, to on or about February 16, 2010, defendant **STEVEN DOUGLAS ROCKETT**, a citizen of the United States, did knowingly travel in foreign commerce from the State of Oregon to the country of the Philippines and engage in illicit sexual conduct with another person, and did attempt to do so;

In violation of Title 18, United States Code, Sections 2423(c) and (e).

### COUNT 4
### (Producing Child Pornography)
### (18 U.S.C §§ 2251(a) and (e))

From on or about May 6, 2013, through on or about June 11, 2013, in the District of Oregon, defendant **STEVEN DOUGLAS ROCKETT** knowingly and unlawfully employed, used, persuaded, induced, enticed, or coerced "MG," a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of said conduct, and did attempt to do so, said depictions having been produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 5
### (Producing Child Pornography)
### (18 U.S.C §§ 2251(a) and (e))

From on or about April 26, 2013, through on or about June 22, 2013, in the District of Oregon, defendant **STEVEN DOUGLAS ROCKETT** knowingly and unlawfully employed, used, persuaded, induced, enticed, or coerced "HJ," a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of said conduct, and did attempt to do so, said depiction having been produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 6
### (Producing Child Pornography)
### (18 U.S.C. §§ 2251(a) and (e))

From on or about May 2, 2013, through on or about June 22, 2013, in the District of Oregon, defendant **STEVEN DOUGLAS ROCKETT** knowingly and unlawfully employed, used, persuaded, induced, enticed, or coerced "NS," a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of said conduct, and attempted to do so, said depiction having been produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 7
### (Producing Child Pornography)
### (18 U.S.C. §§ 2251(a) and (e))

From on or about November 10, 2004, through on or about September 12, 2012, in the District of Oregon, defendant **STEVEN DOUGLAS ROCKETT** knowingly and unlawfully employed, used, persuaded, induced, enticed, or coerced "DS," a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of said conduct, and attempted to do so, said depiction having been produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 8
### (Producing Child Pornography)
### (18 U.S.C. §§ 2251(a) and (e))

From on or about November 10, 2004, through on or about September 12, 2012, in the District of Oregon, defendant **STEVEN DOUGLAS ROCKETT** knowingly and unlawfully employed, used, persuaded, induced, enticed, or coerced "BS," a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of said conduct, and attempted to do so, said depiction having been produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 9
### (Possession of Child Pornography)
### (18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

On or about August 23, 2013, in the District of Oregon, defendant **STEVEN DOUGLAS ROCKETT** knowingly and unlawfully possessed images of child pornography, as defined in Title 18, United States Code, Section 2256(8), which contained visual depictions of minors engaged in sexually explicit conduct, such images having been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or having been produced using materials that were shipped or transported in or affecting interstate or foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FIRST FORFEITURE ALLEGATION

Upon conviction of any offense in Count 1 and Counts 4-9 of this indictment, defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any and all matter which contains visual depictions produced, transported, or possessed in violation thereof, and any and all property used or intended to be used in any manner or part to commit or to promote the commission of those violations.

## SECOND FORFEITURE ALLEGATION

Upon conviction of any offense in Counts 2 and 3 of this indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2428 any and all property, real or personal, that was used or intended to be used to commit or facilitate the commission of those offenses, and any property, real or personal, constituting or derived from any proceeds obtained directly as a result of those offenses(s).

Dated this _16_ day of December 2015.

A TRUE BILL.


OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
PAUL T. MALONEY
Special Assistant United States Attorney