IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>vs.<br><br>STEVEN DOUGLAS ROCKETT,<br><br>                                    Defendant. | Case No.: 3:13-CR-00557-SI<br><br>VERDICT FORM |

We, the jury, find the defendant, Steven Rockett, as to Count One, Producing Child Pornography (18 U.S.C. §§ 2251(c) and (e)):

    Not Guilty    _____

    Guilty    _____

We, the jury, find the defendant, Steven Rockett, as to Count Two, International Travel and Engaging in Illicit Sexual Conduct with a Minor from on or about October 10, 2007 to on or about October 28, 2007 (18 U.S.C. §§ 2423(c) and (e)):

    Not Guilty    _____

    Guilty    _____

We, the jury, find the defendant, Steven Rockett, as to Count Three, International Travel and Engaging in Illicit Sexual Conduct with a Minor from on or about January 27, 2010 to on or about February 16, 2010 (18 U.S.C. §§ 2251(c) and (e)):

    Not Guilty    \_\_\_\_\_

    Guilty    \_\_\_\_\_

We, the jury, find the defendant, Steven Rockett, as to Count Four, Producing Child Pornography (18 U.S.C. §§ 2251(a) and (e)):

    Not Guilty    \_\_\_\_\_

    Guilty    \_\_\_\_\_

We, the jury, find the defendant, Steven Rockett, as to Count Five, Producing Child Pornography (18 U.S.C. §§ 2251(a) and (e)):

    Not Guilty    \_\_\_\_\_

    Guilty    \_\_\_\_\_

We, the jury, find the defendant, Steven Rockett, as to Count Six, Producing Child Pornography (18 U.S.C. §§ 2251(a) and (e)):

    Not Guilty    \_\_\_\_\_

    Guilty    \_\_\_\_\_

We, the jury, find the defendant, Steven Rockett, as to Count Seven, Producing Child Pornography (18 U.S.C. §§ 2251(a) and (e)):

    Not Guilty      \_\_\_\_\_

    Guilty      \_\_\_\_\_

We, the jury, find the defendant, Steven Rockett, as to Count Eight, Producing Child Pornography (18 U.S.C. §§ 2251(a) and (e)):

    Not Guilty      \_\_\_\_\_

    Guilty      \_\_\_\_\_

We, the jury, find the defendant, Steven Rockett, as to Count Nine, Possession of Child Pornography (18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)):

    Not Guilty      \_\_\_\_\_

    Guilty      \_\_\_\_\_