BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PAUL T. MALONEY, OSB #013366**
Assistant United States Attorney
Paul.Maloney@usdoj.gov
**GARY Y. SUSSMAN, OSB #87356**
Assistant United States Attorney
gary.sussman@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 3:13-CR-00557-SI |
| STEVEN DOUGLAS ROCKETT, | GOVERNMENT'S WITNESS LIST |
| Defendant. | |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and Paul T. Maloney and Gary Y. Sussman, Assistant United States Attorneys, submits the following list of potential witnesses for trial:

1. Matt Smith, Forest Grove Police
2. John Shipley, Washington County Sheriff's Office
3. Robert Rookhuyzen, Washington County Sheriff's Office
4. Special Agent Denise Biehn, FBI
5. Special Agent Tanith Nicoll, FBI
6. Special Agent Yaqub Prowell, FBI

7. Special Agent Alex Gordon, FBI

8. Abigail Schmidt, FBI analyst

9. Marissa Gepanaga

10. *GG* (minor victim)

11. *MG* (minor victim)

12. *JDL* (minor victim)

13. Julnalyn Llamos

14. Anita Panimdim

15. *VP* (minor victim)

16. Cheryl Schneider

17. *NS* (minor victim)

18. David Marzilli, Washington County Sheriff's Office

19. Jennifer Wheeler, LPC, CARES Northwest

20. Shelly Struckman

21. DS (minor victim)

22. BS (minor victim)

23. Adam Petersdorf

24. Grace Rockett

25. Johnathan Rockett

26. Christopher Rockett

27. Christine Jumoa-as

28. Emily Kearns, formerly of Washington County Sheriff's Office

29. Sgt. Ryan Spang, Washington County Sheriff's Office

**Government's Witness List**  Page 2

30. Kurt Tarkalson, Washington County Sheriff's Office (now retired)

31. John Bennett, Washington County Sheriff's Office

32. Det. Aaron Massey, Washington County Sheriff's Office

33. Det. Ben Ruhl, Washington County Sheriff's Office

34. Michael Hall, Forest Grove Police

35. Joseph Martino, Forest Grove Police

36. Justin Lazenby, Northwest Regional Computer Forensics Laboratory

37. Michael Hanada, formerly of Northwest Regional Computer Forensics Laboratory

38. Records Custodian, Dell Computers

The Government reserves the right to amend this list and offer additional witnesses as may become necessary at trial.

DATED this 2nd day of May, 2016.

      Respectfully Submitted,

      BILLY J. WILLIAMS
      United States Attorney

      */s/ Paul T. Maloney*
      PAUL T. MALONEY, OSB#013366
      Assistant United States Attorney

      */s/ Gary Y. Sussman*
      GARY Y. SUSSMAN
      Assistant United States Attorney