BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PAUL T. MALONEY, OSB #013366**
Assistant United States Attorney
Paul_Maloney@co.washington.or.us
**GARY Y. SUSSMAN, OSB #87356**
Assistant United States Attorney
gary.sussman@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

UNITED STATES OF AMERICA                                    3:13-CR-00557-SI

v.                                                                                    GOVERNMENT'S EXHIBIT LIST

STEVEN DOUGLAS ROCKETT,

       Defendant.

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, Paul T. Maloney, Special Assistant United States Attorney, and Gary Y. Sussman, Assistant United States Attorney, submits the following exhibit list for trial:

| Exhibit Number | Description |
|---|---|
| 1 | Photo from Golden Peak Hotel with Notations by Christine Jumoa-as Rockett |
| 2 | Facebook Communications from Defendant to NS (11 pages) |
| 3 | Facebook Communications from Defendant to MG (6 pages) |
| 4 | Facebook Communications from Defendant to Charis Jumoa-as (39 pages) |
| 5 | Sanitized photos used for victim identification in Cebu City (23 photos) |
| 6 | Photos from Cebu City  (11 photos) |

**GOVERNMENT'S EXHIBIT LIST**                                                                                    PAGE 1

| | |
|---|---|
| 7 | Screen captures of Defendant's Facebook messages to NS (10 photos) |
| 8 | Photos from Search Warrant Executions at defendant's 933 Goff Rd, Forest Grove, Oregon (27 photos) |
| 9 | Passports (two passport books) |
| 10 | **Contraband Images** recovered from devices analyzed by NWRCFL (to be submitted separately and under seal). Disc containing media files<br>From Exh 11:<br>• 33828698KUx.jpg<br>• 33828735XLz.jpg<br>• (hotel.jpg)<br>• H-m.jpg<br>• Set-dupla.jpg<br>• Set-enza&marzia.jpg<br>• set-funwithgrandma.jpg<br>• set-maskgirl.jpg<br>• set-private_russian.jpg<br>• set-sexygreenshirt.jpg<br>• sucky.jpg<br>• 179e295e6f88e5386bce85ee37f503db.png<br>• 11eb45cb158cc0acbef39ba306e991ab.png<br>• 2b05abb7b59a506a9dfa98210d087eb8.png<br><br>From Exh 12:<br>• Embedded 1860 in _CACHE_003_.jpg<br>• Embedded 1861 in _CACHE_003_.jpg<br>• Embedded 1865 in _CACHE_003_.jpg<br>• 00f4d0af_4993_2729.M2V<br>• 535a74b0_0_1075.DIF<br>• 6564f2f5_0_13235.DIF<br><br>From Exh. 13:<br>• edited stills.mov<br><br>From Exh 14:<br>• 1-3-2000.mov<br>• 1-13-2000.mov |
| 11 | Office Computer |
| 12 | Livingroom Computer |
| 13 | Bathroom Camera, wall cutting, wiring, DVR with SD card and remote control |

**GOVERNMENT'S EXHIBIT LIST**                                                                 **PAGE 2**

| | | |
|---|---|---|
| 14 | Sony Dream Machine Alarm clock with after-market camera and SD card |
| 15 | Photos of hard drive(s) from Exh. 11 |
| 16 | Photos of hard drives from Exh. 12 |
| 17 | Photos of SD card from Exh 13 |
| 18 | Photos of SD card from Exh 14 |
| 19 | Pinnacle Studios software (2 boxes with product materials) |
| 20 | Sanitized images used for victim identification of BS and DS from videos recovered from Exh 12 |
| 21 | External drives connected to Exh. 11(2 external hard drives) |
| 22 | Screen Captures from Exh 11(22 photos) |
| 23 | Emails recovered from Exh 11 |
| 24 | CARES Northwest recording of interview with NS (video recording) |
| 25 | Photos from bathroom at 7539 SW 179th Place, Aloha, Oregon (6 photos) |
| 26 | Certified copy of conviction in Washington County Circuit Court No. C131929CR |
| 27 | Victim Identification photos from the Philippines (8 photos) |
| 28 | **Reserved for Certificate of Manufacture from Dell Computers – When received from Dell |

The Government reserves the right to offer amend this list and offer additional exhibits during trial.

DATED this 2nd day of May 2016.

                                        Respectfully Submitted,

                                        BILLY J. WILLIAMS
                                        United States Attorney
                                        District of Oregon

                                        */s/ Paul T. Maloney*
                                        Paul T. Maloney, OSB#013366
                                        Assistant United States Attorney

                                        */s/ Gary Y. Sussman*
                                        Gary Y. Sussman
                                        Assistant United States Attorney