CHELSEA B. PAYMENT, OSB #141125
ANDREW D. COIT, OSB #972378
Cohen & Coit, PC
9200 SE Sunnybrook Ave, Suite 430
Clackamas, OR 97015
Ph: 503-231-3419
Fax: 503-231-3420
Chelsea@cohencoit.com
Andrew@cohencoit.com
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                      Plaintiff,<br><br>        vs.<br><br>STEVEN DOUGLAS ROCKETT,<br><br>                                      Defendant. | Case No.: 3:13-CR-00557-SI<br><br>DEFENDANT'S EXHIBIT LIST |

Defendant submits the following to the Court as his Exhibits:

Exhibit 101    Washington County Sheriff's Office Internal Affairs file pertaining to
Erica Cox – UNDER SEAL

Exhibit 102    *State v. Steven Douglas Rockett* Trial Transcript Pages 127-149
(Erika Cox Testimony) – UNDER SEAL

Exhibit 103    *State v. Steven Douglas Rockett* Trial Transcript Pages 556-652
(Erika Cox Testimony) – UNDER SEAL

Exhibit 104    *State v. Steven Douglas Rockett* Trial Transcript Pages 1706-1772
(Erika Cox Testimony) – UNDER SEAL

Exhibit 105    *State v. Steven Douglas Rockett* Trial Transcript Pages 2576-2669
(Erika Cox Testimony) – UNDER SEAL

Exhibit 106    *State v. Steven Douglas Rockett* Trial Transcript Pages 676-689

PAGE 1—MOTION FOR WITNESSES PURSUANT TO RULE 17(b)

(Doug Cook Testimony)

Exhibit 107    *State v. Steven Douglas Rockett* Trial Transcript Pages 730-750
(Ryan Spang Testimony)

Exhibit 108    *State v. Steven Douglas Rockett* Trial Transcript Pages 699-714
(Kelly Jones Testimony)

Exhibit 109    *State v. Steven Douglas Rockett* Trial Transcript Pages 721-728
(Jeff Mori Testimony)

Exhibit 110    *State v. Steven Douglas Rockett* Trial Transcript Pages 1233-1335
(Naomi Schneider Testimony) – UNDER SEAL

Exhibit 111    *State v. Steven Douglas Rockett* Trial Transcript Page 1581-1641
(Cheryl Schneider Testimony) – UNDER SEAL

Exhibit 112    *State v. Steven Douglas Rockett* Trial Transcript Pages 2981-2991
(Cheryl Schneider Testimony) – UNDER SEAL

Exhibit 113    Joel Brillhart Report 1 – UNDER SEAL

Exhibit 114    Joel Brillhart Report 2 – UNDER SEAL

Exhibit 115    Joel Brillhart CV

Exhibit 116    *State v. Steven Douglas Rockett* Trial Transcript Pages 3046-3221
(Wendy Bourg Testimony)

Exhibit 117    Wendy Bourg CV

Exhibit 118    John Dave Panter CV

Defendant reserves the right to offer additional exhibits as necessary.

DATED this 2nd day of May, 2016.

Respectfully submitted,

*/s/ CHELSEA B. PAYMENT*
Chelsea B. Payment, OSB #141125
Of Attorneys for Defendant

**Certificate of Service**

I hereby certify that on the above-mentioned date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Paul T. Maloney
Special Prosecutor U.S. Attorney's Office
150 N 1st Ave, Suite 300 MS 40
Hillsboro, OR 97124
paul_maloney@co.washington.or.us

Gary Sussman
US Attorney's Office
District of Oregon
1000 SW 3rd Ave., Ste. 600
Portland, OR 97204
Gary.Sussman@usdoj.gov

/s/ CHELSEA B. PAYMENT
Chelsea B. Payment, OSB #141125
Of Attorneys for Defendant
Cohen & Coit, PC
9200 SE Sunnybrook Ave, Suite 430
Clackamas, OR 97015
Ph:    503-231-3419
Fax:   503-231-3420
chelsea@cohencoit.com