CHELSEA B. PAYMENT, OSB #141125
ANDREW D. COIT, OSB #972378
Cohen & Coit, PC
9200 SE Sunnybrook Ave, Suite 430
Clackamas, OR 97015
Ph: 503-231-3419
Fax: 503-231-3420
Chelsea@cohencoit.com
Andrew@cohencoit.com
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN DOUGLAS ROCKETT,<br><br>Defendant. | Case No.: 3:13-CR-00557-SI<br><br>DEFENDANT'S AMENDED WITNESS LIST |

Defendant, Steven Douglas Rockett, through his attorneys, Andrew D. Coit and Chelsea

B. Payment, hereby provides notice that defendant intends to call the following witnesses at trial:

1. Junalyn Llamos

2. Christine Rockett

3. Dr. Wendy Bourg

4. Joel Brillhart

5. Erika Cox

6. Bill Steele

7. Pat Garrett

8. John Shipley

PAGE 1—DEFENDANT'S WITNESS LIST

9.  Kelly Jones

10. Ryan Spang

11. Robert Rookhuyzen

12. Doug Cook

13. Ana Echeverria


RESPECTFULLY SUBMITTED this 16th day of May, 2016.


*/s/ CHELSEA B. PAYMENT*
Chelsea B. Payment, OSB #141125
Of Attorneys for Defendant