BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PAUL T. MALONEY, OSB #013366**
Assistant United States Attorney
Paul.Maloney@usdoj.gov
**GARY Y. SUSSMAN, OSB #87356**
Assistant United States Attorney
gary.sussman@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| UNITED STATES OF AMERICA | 3:13-CR-00557-SI |
|---|---|
| v. | GOVERNMENT'S AMENDED EXHIBIT LIST |
| STEVEN DOUGLAS ROCKETT, | |
| Defendant. | |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and Paul T. Maloney and Gary Y. Sussman, Assistant United States Attorneys, submits the following amended exhibit list for trial:

| Exhibit Number | Description |
|---|---|
| 1 | Photo from Golden Peak Hotel with Notations by Christine Jumoa-as Rockett |
| 2 | Facebook Communications from Defendant to NS (11 pages) |
| 3 | Facebook Communications from Defendant to MG (6 pages) |
| 4 | Facebook Communications from Defendant to Charis Jumoa-as (39 pages) |
| 5 | Sanitized photos used for victim identification in Cebu City (23 photos) |

| | | |
|---|---|---|
| 6 | Photos from Cebu City (16 photos) | |
| 7 | Screen captures of Defendant's Facebook messages to NS (10 photos) | |
| 8 | Photos from Search Warrant Executions at defendant's 933 Goff Rd, Forest Grove, Oregon (27 photos) | |
| 9 | Passports (two passport books) | |
| 10 | **Contraband Images** recovered from devices analyzed by NWRCFL (to be submitted separately and under seal). Disc containing media files<br>From Exh 11:<br>• 33828698KUx.jpg<br>• 33828735XLz.jpg<br>• (hotel.jpg)<br>• H-m.jpg<br>• Set-dupla.jpg<br>• Set-enza&marzia.jpg<br>• set-funwithgrandma.jpg<br>• set-maskgirl.jpg<br>• set-private_russian.jpg<br>• set-sexygreenshirt.jpg<br>• sucky.jpg<br>• 179e295e6f88e5386bce85ee37f503db.png<br>• 11eb45cb158cc0acbef39ba306e991ab.png<br>• 2b05abb7b59a506a9dfa98210d087eb8.png<br><br>From Exh 12:<br>• Embedded 1860 in _CACHE_003_.jpg<br>• Embedded 1861 in _CACHE_003_.jpg<br>• Embedded 1865 in _CACHE_003_.jpg<br>• 00f4d0af_4993_2729.M2V<br>• 535a74b0_0_1075.DIF<br>• 6564f2f5_0_13235.DIF<br><br>From Exh. 13:<br>• edited stills.mov (excerpts)<br><br>From Exh 14:<br>• 1-3-2000.mov (excerpts)<br>• 1-13-2000.mov (excerpts) | |
| 11 | Office Computer | |
| 12 | Living Room Computer | |

**GOVERNMENT'S EXHIBIT LIST**                                                **PAGE 2**

| | | |
|---|---|---|
| 13 | Bathroom Camera, wall cutting, wiring, DVR with SD card and remote control | |
| 14 | Sony Dream Machine Alarm clock with after-market camera and SD card | |
| 15 | Photos of hard drive(s) from Exhibit 11 | |
| 16 | Photos of hard drives from Exhibit 12 | |
| 17 | Photos of SD card from Exhibit 13 | |
| 18 | Photos of SD card from Exhibit 14 | |
| 19 | Pinnacle Studios software (2 boxes with product materials) | |
| 20 | Sanitized images used for victim identification of BS and DS from videos recovered from Exhibit 12 | |
| 21 | External drives connected to Exhibit 11(2 external hard drives) | |
| 22 | Screen Captures from Exhibit 11(22 photos) | |
| 23 | Emails recovered from Exhibit 11 | |
| 24 | CARES Northwest recording of interview with NS (video recording) | |
| 25 | Photos from bathroom at 7539 SW 179th Place, Aloha, Oregon (6 photos) | |
| 26 | Certified copy of conviction in Washington County Circuit Court No. C131929CR | |
| 27 | Victim Identification photos from the Philippines (8 photos) | |
| 28 | Manufacturing and shipping documents from Dell Computers | |
| 29 | Summary Timeline Exhibit | |
| 30 | Canon Camera and Bag | |
| 31 | **RESERVED for recording of Defendant's Statement** | |

///

///

///

**GOVERNMENT'S EXHIBIT LIST**                                          **PAGE 3**

The Government reserves the right to offer amend this list and offer additional exhibits during trial.

DATED this 17th day of May 2016.

                                           Respectfully Submitted,

                                           BILLY J. WILLIAMS
                                           United States Attorney
                                           District of Oregon

                                           */s/ Paul T. Maloney*
                                           PAUL T. MALONEY, OSB#013366
                                           Assistant United States Attorney

                                           */s/ Gary Y. Sussman*
                                           GARY Y. SUSSMAN
                                           Assistant United States Attorney