## LIST OF EXHIBITS AND WITNESSES

| Case No. | 3:13-CR-00557-SI | Judge | Michael H. Simon |
|---|---|---|---|
| Title | United States of America | | |
| | vs.<br>Steven Douglas Rockett | | |
| Dates of Hearing/Trial | May 16, 2016 to May 25, 2016 | | |
| Court Reporters | Dennis Apodaca | | |
| Deputy Clerks | Mary Austad | | |

| Attorney for Govt. / Plaintiff | Attorney for Defendant |
|---|---|
| Paul T. Maloney and Gary Y. Sussman | Andrew D. Coit and Cheslea B. Payment |

# LIST OF TRIAL EXHIBITS

Case No.

| Govt/Pltf Exhibit # | Defendant Exhibit # | R | NR | OP | RR | W | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 1 | | X | | | | | Photo from Golden Peak Hotel with Notations by Christine Jumoa-as Rockett |
| 2 | | X | | | | | Facebook Communications from Defendant to NS (11 pages) |
| 3 | | X | | | | | Facebook Communications from Defendant to MG (6 pages) |
| 4 | | X | | | | | Facebook Communications from Defendant to Charis Jumoa-As (39 pages) |
| 5 | | X | | | | | Sanitized photos used for victim identification in Cebu City (23 photos) |
| 6 | | X | | | | | Photos from Cebu City (16 Photos) |
| 7 | | X | | | | | Screen capture of Defendant's Facebook messages to NS (10) pages |
| 8 | | X | | | | | Photos from Search warrant Executions at Defendant's 933 Goff Road, Forest Grove, Oregon (27) photos) |
| 9 | | X | | | | | Passports (two passport books) |
| 10 | | X | | | | | Contraband Images recovered from devices analyzed by NWRCFL (to be submitted separately and under seal) |
| 11 | | X | | | | | Office Computer |
| 12 | | X | | | | | Living Room Computer |
| 13 | | X | | | | | Bathroom Camera, wall cutting, wiring, DVR with SD card and remote control |
| 14 | | X | | | | | Sony Dream Machine Alarm clock with after-market camera and SD card |
| 15 | | X | | | | | Photos of hard drives from Exhibit 11 |
| 16 | | X | | | | | Photos of hard drives from Exhibit 12 |
| 17 | | X | | | | | Photos of SD card from Exhibit 13 |
| 18 | | X | | | | | Photos of SD card from Exhibit 14 |
| 19 | | X | | | | | Pinnacle Studios software (2 boxes of product materials) |
| 20 | | X | | | | | Sanitized images used for victim identification of SB and DS from videos recovered |
| 21 | | X | | | | | External drives connected to Exhibit 11 (2 external hard drives) |
| 22 | | X | | | | | Screen Capture from Exhibit 11 (22 photos) |
| 23 | | X | | | | | Emails recovered from Exhibit 11 |
| 24 | | X | | | | | CARES Northwest recording of interview with NS (video recording) |
| 25 | | X | | | | | Photos from bathroom at 7539 SW 179th Place, Aloha, Oregon (6 photos) |
| 26 | | X | | | | | Certified copy of conviction in Washington County Circuit Court No. C131929CR |
| 27 | | X | | | | | Victim identification photos from the Philippines (8 photos) |
| 28 | | X | | | | | Manufacturing and shipping documents from Dell computers |
| 28-1 | | X | | | | | Manufacturing and shipping documents from Dell computers |
| 28-2 | | X | | | | | Manufacturing and shipping documents from Dell computers |
| 28-3 | | X | | | | | Manufacturing and shipping documents from Dell computers |
| 28-4 | | X | | | | | Manufacturing and shipping documents from Dell computers |
| 28-5 | | X | | | | | Manufacturing and shipping documents from Dell computers |
| 29 | | X | | | | | Summary timetable Exhibit |
| 30 | | X | | | | | Canon Camera Bag |
| 31 | | | | | | | Recording of Defendant's Statements |
| 32 | | X | | | | | Photo of John Dave |
| 33 | | X | | | | | Photo of Jeffer Lynn and Jain Hozzel |
| | 101 | | | | | | Washington County Sheriff's Office Internal Affairs file pertaining to Erica Cox - UNDER SEAL |
| | 102 | | | | | | State v. Steven Rockett - Trial Transcript Pages 127-149 Erika Cox - Testimony - UNDER SEAL |
| | 103 | | | | | | State v. Steven Rockett - Trial Transcript Pages 556-652 Erika Cox - Testimony - UNDER SEAL |

| Govt/Pltf Exhibit # | Defendant Exhibit # | R | NR | OP | RR | W | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | 104 | | | | | | State v. Steven Rockett - Trial Transcript Pages 1706-1772 Erika Cox - Testimony - UNDER SEAL |
| | 105 | | | | | | State v. Steven Rockett - Trial Transcript Pages 2576-2669 Erika Cox Testimony - UNDER SEAL |
| | 106 | | | | | | State v. Steven Rockett - Trial Transcript Pages 676-689 |
| | 107 | | | | | | State v. Steven Rockett - Trial Transcript Pages 730-750 Ryan Spang Testimony |
| | 108 | | | | | | State v. Steven Rockett - Trial Transcript Pages 699-714 Kelly Jones Testimony |
| | 109 | | | | | | State v. Steven Rockett - Trial Transcript Pages 721-728 Jeff Mori Testimony |
| | 110 | | | | | | State v. Steven Rockett - Trial Transcript Pages 1233-1335 Naomi Schneider testimony UNDER SEAL |
| | 111 | | | | | | State v. Steven Rockett - Trial Transcript Pages 1581-1641 Cheryl Schneider Testimony UNDER SEAL |
| | 112 | | | | | | State v. Steven Rockett - Trial Transcript Pages 2981-2991 Cheryl Schneider Testimony UNDER SEAL |
| | 113 | | | | | | Joel Brillhart Report 1 - UNDER SEAL |
| | 114 | | | | | | Joel Brillhart Report 2 - UNDER SEAL |
| | 115 | | | | | | Joel Brillhart CV |
| | 116 | | | | | | State v. Steven Rockett - Trial Transcript Pages 3046-3221 Wendy Bourg Testimony |
| | 117 | | | | | | Wendy Bourg CV |
| | 118 | | | | | | John Dav Panter CV |
| | 119 | X | | | | | Photo of John Hazel |
| | 120 | X | | | | | Photo Jefferlyn Llamos |
| | 121 | X | | | | | Photo of GB holding package |
| | 122 | X | | | | | Photo of John Hazel |
| | 123 | X | | | | | Photos |
| | 124 | X | | | | | Photo of Jefferlyn Lamos |
| | 125 | X | | | | | Photos |
| | 126 | X | | | | | Photos |
| | 127 | X | | | | | Photos |
| | 128 | X | | | | | Photos |
| | 129 | X | | | | | Photos |

Page _____ of _____                                                                                     List of Trial Exhibits

**LIST OF WITNESSES**

**Case No.**         **Case Name:**

| Date | Time | Witness | Called by |
|---|---|---|---|
| 5/17/2016 | 9:45 am | **Matt Smith, Forest Grove Police - Direct** | Gov |
| | 11:14 am | Cross | Def |
| | 11:34 am | Redirect | Gov |
| | 11:50 am | Recross | Def |
| | 1:31 pm | **FBI Special Agent Denise Biehn - Direct** | Gov |
| | 2:30 pm | **GB - Direct** | Gov |
| | 2:48 pm | Cross | Def |
| | 3:26 pm | Redirect | Gov |
| | 3:31 pm | Recross | Def |
| | 4:04 pm | **VP - Direct** | Gov |
| | 4:21 pm | Cross | Def |
| | 4:42 pm | Redirect | Gov |
| | 4:45 pm | Recross | Def |
| 5/18/2016 | 9:05 am | **MG - Direct** | Gov |
| | 9:32 am | Cross | Def |
| | 9:50 am | Redirect | Gov |
| | 9:56 am | Recross | Def |
| | 10:00 am | **John Dave - Direct** | Gov |
| | 10:23 am | Cross | Def |
| | 10:40 am | Redirect | Gov |
| | 10:46 am | Recross | Def |
| | 10:50 am | Redirect | Gov |
| | 11:00 am | Break | |
| | 12:48 pm | **Junalyn Llamos - Direct  (witness taken out of order)** | Def |
| | 1:03 pm | **Jennifer Wheeler, LPC, CARES Northwest - Direct** | Gov |
| | 1:30 pm | Break | |
| | 3:11 pm | Cross | Def |

Page _____ of _____                                                                                  List of Witnesses

| | | | |
|---|---|---|---|
| | 3:34 pm | Redirect | Gov |
| | 3:36 pm | Cross | Def |
| | 3:43 pm | GB - Direct | Gov |
| | 3:43 pm | Cross | Def |
| | 4:46 pm | VP - Direct | Gov |
| | 3:50 pm | FBI Special Agent Alexander Gordon - Direct | Gov |
| | 4:14 pm | Cross | Def |
| | 4:25 pm | Redirect | Gov |
| | 4:31 pm | FBI Special Agent Yaqub Prowell - Direct | Gov |
| | 5:00 pm | Break | |
| 5/19/2016 | 9:04 am | Cross | Def |
| | 9:18 am | Redirect | Gov |
| | 9:22 am | Emily Kearns, Formerly Washington County Sheriff's Office - Direct | Gov |
| | 9:45 am | Cross | Def |
| | 9:55 am | Redirect | Gov |
| | 10:28 am | FBI Special Agent Denise Biehn - Cross | Def |
| | 10:55 am | Shelly Struckman - Direct | Gov |
| | 11:02 am | Devin - Direct | Gov |
| | 11:20 am | Cross | Def |
| | 11:25 am | Redirect | Gov |
| | 11:26 am | Brandon - Direct | Gov |
| | 11:45 am | Cross | Def |
| | 11:47 am | Redirect | Gov |
| | 12:00 pm | Break | |
| | 1:31 pm | FBI Special Agent Denise Biehn - Cross | Def |
| | 2:10 pm | Redirect | Gov |
| | 2:19 pm | Recross | Def |
| | 2:25 pm | Redirect | Gov |
| | 2:32 pm | Recross | Def |

|  | 2:47 pm | Break |  |
|---|---|---|---|
|  | 3:19 pm | **Brett Caillier - Direct** | **Gov** |
|  | 3:20 pm | Cross | Def |
|  | 3:21 pm | Redirect | Gov |
|  | 3:22 pm | Recross | Def |
|  | 3:23 pm | Redirect | Gov |
|  | 3:25 pm | **Adam Petersdorf - Direct** | **Gov** |
|  | 3:33 pm | Cross | Def |
|  | 3:35 pm | **Benjamin Ruhl - Direct** | **Gov** |
|  | 3:54 pm | Cross | Def |
|  | 3:56 pm | **Robert Rookhuyzen, Washington County Sheriff Office - Direct** | **Gov** |
|  | 4:09 pm | Break |  |
| 5/20/2016 | 9:17 am | **David Marzilli, Washington County Sheriff's Office - Direct** | **Gov** |
|  | 9:33 am | Cross | Def |
|  | 9:34 am | **Cheryl Schneider - Direct** | **Gov** |
|  | 9:59 am | Cross | Def |
|  | 10:10 am | Redirect | Gov |
|  | 10:12 am | Break |  |
|  | 10:35 am | **NS - Direct** | **Gov** |
|  | 11:03 am | Cross | Def |
|  | 11:18 am | **Grace Rockett - Direct** | **Gov** |
|  | 11:27 am | Cross | Def |
|  | 11:35 am | Redirect | Gov |
|  | 11:45 am | Recross | Def |
|  | 12:00 pm | Break |  |
|  | 1:23 pm | **Johnathan Rockett - Direct** | **Gov** |
|  | 1:35 pm | Cross | Def |
|  | 1:44 pm | Redirect | Gov |
|  | 1:46 pm | **Christopher Rockett - Direct** | **Gov** |

Page _____ of _____                                                                                    List of Witnesses

|  | 1:48 pm | Cross | Def |
|---|---|---|---|
|  | 1:55 pm | **Christine Jumoa-as - Direct** | Gov |
|  | 2:36 pm | Cross | Def |
|  | 2:50 pm | Redirect | Gov |
|  | 2:55 pm | Break |  |
|  | 3:12 pm | **John Bennett, Washington County Sheriff's Office - Direct** | Gov |
|  | 3:15 pm | Break |  |
| 5/23/2016 | 9:12 am | **Jeff Martin - Direct** | Gov |
|  | 9:32 am | Cross | Def |
|  | 9:35 am | Redirect | Gov |
|  | 9:40 am | **Michael Hanada, formerly of Northwest Regional Computer Forensics Laboratory - Direct** | Gov |
|  | 10:35 am | Break |  |
|  | 11:21 am | Continued Direct | Gov |
|  | 11:55 pm | Break |  |
|  | 1:29 pm | **Abigail Schmidt, FBI Analyst - Direct** | Gov |
|  | 1:43 pm | Cross | Def |
|  | 1:45 pm | Redirect | Gov |
|  | 1:48 pm | **Michael Hanada, formerly of Northwest Regional Computer Forensics Laboratory - Direct** | Gov |
|  | 1:49 pm | Cross | Def |
|  | 2:01 pm | Redirect | Gov |
|  | 2:08 pm | Recross | Def |
|  | 2:16 pm | **Jason Lazenby, Northwest Regional Computer Forensics Laboratory - Direct** | Gov |
|  | 3:31 pm | Break |  |
|  | 4:01 pm | Cross | Def |
|  | 4:36 pm | Redirect | Gov |
|  | 4:49 pm | Recross | Def |
|  | 4:51 pm | Redirect | Gov |

| 5/24/2016 | 9:32 am | Joseph Martino, Forest Grove Police  - Direct | Def |
|---|---|---|---|
|  | 9:38 am | Cross | Gov |
|  | 9:45 am | Redirect | Def |
|  |  |  |  |

Page _____ of _____                                                                                     List of Witnesses