<u>USA v. Steven Rockett</u>

**Denise Biehn Interviews John Dave Llamos on 10/11/14**

**DENISE BIEHN:** Alright, this is Special Agent Denise Biehn. The date is October 11th I think. The time is 9:45. We're at the Barangay-Luz Barangay Hall. And I'm speaking to…

**JOHN DAVE:** John Dave Llamos.

**DENISE BIEHN:** And John Dave, what's your birthday?

**JOHN DAVE:** November 22, 1995.

**DENISE BIEHN:** So you're 18 years old?

**JOHN DAVE:** Yes.

**DENISE BIEHN:** Ok. And I've asked you if it's ok with you if I record our conversation?

**JOHN DAVE:** Yes.

**DENISE BIEHN:** Ok, and also with us is Police Officer Gabriel Opoch with the Philippine National Police. You know that I'm here today to talk to you about Steven Rockett? Ok. And do you know a man by the name of Steven Rockett.

**JOHN DAVE:** Yes. He's my friend.

**DENISE BIEHN:** How do you know Steven?

**JOHN DAVE:** I just saw him in the street giving money. We were in line [Inaudible].

**DENISE BIEHN:** Do you remember when it was that he was in the street giving money?

**JOHN DAVE:** I think 2004-2005.

**DENISE BIEHN:** Ok. How old were you then? Do you remember?

**JOHN DAVE:** No.

**DENISE BIEHN:** I could do the math, but I'm not that fast at it. Alright so he's handing out money to anybody? Kids? Adults? Kids?

**JOHN DAVE:** Kids.

**DENISE BIEHN:** And where was this happening?

**JOHN DAVE:** On the street.

**DENISE BIEHN:** Ok. You're pointing toward your neighborhood.

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** What's your neighborhood called?



**JOHN DAVE:** Cabantan Street.

**DENISE BIEHN:** Ok, Cabantan Street.

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Do you still live there?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** And who is in your family? What's your family like?

**JOHN DAVE:** My mom, I have two sisters, one brother.

**DENISE BIEHN:** What are your sisters' names?

**JOHN DAVE:** My sisters name, Jefferlyn and Junalin.

**DENISE BIEHN:** Junalin?

**JOHN DAVE:** Joon-a-leen.

**DENISE BIEHN:** Junalin, ok. And how about your brother?

**JOHN DAVE:** John Hazel.

**DENISE BIEHN:** John Hazel?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Ok. Where do you fall? Where are you in that?

**JOHN DAVE:** I'm the youngest.

**DENISE BIEHN:** Ok. So the first time you met Mr. Rockett he was handing out money to kids.

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Did you have any more interactions with him? Did you see him again?

**JOHN DAVE:** Yeah, I've seen him again with my friends. [Inaudible] talking…

**DENISE BIEHN:** Ok. Where was that when you were talking with your friends?

**JOHN DAVE:** Her wife's house is just near my house.

**DENISE BIEHN:** Oh his wife's house?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** And what's his wife's name?

**JOHN DAVE:** Christine.

**DENISE BIEHN:** Ok, I'm going to show you a couple pictures here. Do you think if you saw Christine or Steven's picture, that you would recognize them? Yeah? Do you recognize this person? This is picture number 1.

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Who is that?

**JOHN DAVE:** Steven Rockett.

**DENISE BIEHN:** Ok. Do you mind to just go ahead and sign your name on that picture? Alright. So you saw him in your neighborhood sometime around 2004-2005. Did you ever go outside of your neighborhood with Mr. Rockett?

**JOHN DAVE:** When we watch a movie with my friend's sisters.

**DENISE BIEHN:** Is this this same trip, the 2004-2005?

**JOHN DAVE:** I can't remember.

**DENISE BIEHN:** Ok, where were you when you watched a movie?

**JOHN DAVE:** Alla [Inaudible].

**DENISE BIEHN:** Ok, so you went to the movie theater?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** What movie did you see, do you remember?

**JOHN DAVE:** I guess it was The Dark is Rising.

**DENISE BIEHN:** Dark Knight Rising? About batman?

**JOHN DAVE:** No. The Dark is Rising. A kid has twins and [Inaudible] powers.

**DENISE BIEHN:** Ok, who all went to the movies with you?

**JOHN DAVE:** Michael and other friends, Ronald, many.

**DENISE BIEHN:** Ok, so Michael, who else?

**JOHN DAVE:** Ronald. Richard. I can't remember. Too many.

**DENISE BIEHN:** What's Michael's last name?

**JOHN DAVE:** Abanggang.

**DENISE BIEHN:** A…

**JOHN DAVE:** A-B-A-N-G-G-A-N-G.

**DENISE BIEHN:** Ok. How about Ronald?

**JOHN DAVE:** Batiqi. B-A-T-I-Q-I.

**OFFICER OPOCH:** Q-I. Batiqi.

**DENISE BIEHN:** I'm going to have you write it. Will you also put your last name there John Dave, at the top? And what about Richard's last name? Ok. Alright. So you went to the movies, what did you do after the movie?

**JOHN DAVE:** We went home.

**DENISE BIEHN:** Back to your house at the...

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** And then did you see him again?

**JOHN DAVE:** Yes, I've seen him, yeah.

**DENISE BIEHN:** Do you remember when?

**JOHN DAVE:** I don't remember when. But we went to the mall. He buy us some stuff.

**DENISE BIEHN:** Was it the same trip or was this another time when he returned to the Philippines?

**JOHN DAVE:** I think it's the same trip.

**DENISE BIEHN:** Ok, so you went to the mall and you bought stuff. What kind of stuff did you guy?

**JOHN DAVE:** I bought chocolate.

**DENISE BIEHN:** How'd you pay for it? How did you pay for the chocolate?

**JOHN DAVE:** He paid for it.

**DENISE BIEHN:** He paid for it? Steven did?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** What happened after you were at the mall?

**JOHN DAVE:** We went home.

**DENISE BIEHN:** Back home again.

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Alright, what else?

**JOHN DAVE:** I can't remember.

**DENISE BIEHN:** You don't remember any other time seeing Mr. Rockett?

**JOHN DAVE:** I don't think. I can't remember.

**DENISE BIEHN:** Do you remember Mr. Rockett visiting with anyone else besides you and the three boys that you talked about?

**JOHN DAVE:** He was with his brother when he was giving the money.

**DENISE BIEHN:** His brother?

**JOHN DAVE:** I think his brother or friend.

**DENISE BIEHN:** So a white man?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Foreigner?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Do you remember his name?

**JOHN DAVE:** I don't remember.

**DENISE BIEHN:** So when he was handing out the money when you met him in 2004-2005, he's with another foreigner?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Was that… what was that man doing?

**JOHN DAVE:** Helping Steve giving the money.

**DENISE BIEHN:** Did Mr. Rockett, did Steve have a relationship with anyone else in your family?

**JOHN DAVE:** I don't think so.

**DENISE BIEHN:** You don't think so? You don't remember maybe going anywhere else with Mr. Rockett?

**JOHN DAVE:** I don't remember.

**DENISE BIEHN:** Have you talked to anybody in the neighborhood about the fact that I'm here and that I'm talking to people about Mr. Rockett?

**JOHN DAVE:** No.

**DENISE BIEHN:** So has anyone talked to you about why I'm here?

**JOHN DAVE:** No.

**DENISE BIEHN:** And do you know why Mr. Rockett was arrested?

**JOHN DAVE:** Yeah. I read it on the internet.

**DENISE BIEHN:** You read it on the internet. What did you read? What did it say?

**JOHN DAVE:** He was facing a case of sexual abuse or something about pictures.

**DENISE BIEHN:** Ok. What'd you think about that when you read it.

**JOHN DAVE:** I was shocked.

**DENISE BIEHN:** You were?

**JOHN DAVE:** I was shocked.

**DENISE BIEHN:** Let me show you a picture. We'll call it picture number two. Do you recognize that person?

**JOHN DAVE:** That's my sister.

**DENISE BIEHN:** Ok. And what's her name, which sister is this?

**JOHN DAVE:** Jefferlyn.

**DENISE BIEHN:** Do you recognize the room that she's in?

**JOHN DAVE:** No.

**DENISE BIEHN:** Ok, so I asked you before whether or not Mr. Rockett had a relationship with anybody else in your family.

**JOHN DAVE:** I don't know.

**DENISE BIEHN:** Have you ever talked to your sister, Jefferlyn, about Mr. Rockett? You're shaking your head no. You've never talked to Jefferlyn about Steven Rockett?

**JOHN DAVE:** I didn't.

**DENISE BIEHN:** You didn't?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Are you on Facebook? Have you ever been Facebook friends with Mr. Rockett?

**JOHN DAVE:** When I started using Facebook we were not friends.

**DENISE BIEHN:** You were not friends? Were you ever friends with Mr. Rockett on Facebook?

**JOHN DAVE:** No.

**DENISE BIEHN:** Why not?

**JOHN DAVE:** Right now I'm not really using Facebook.

**DENISE BIEHN:** Ok, but when you were using Facebook, why weren't you friends with Mr. Rockett?

**JOHN DAVE:** I don't know. I'm [Inaudible] friends. I kind of forget.

**DENISE BIEHN:** I'm not sure I understand that, John Dave. You're on Facebook. Did Mr. Rockett try to be friends with you?

**JOHN DAVE:** No.

**DENISE BIEHN:** No, ok. Did he try to chat with you on any of the chat channels?

**JOHN DAVE:** No, but his son did.

**DENISE BIEHN:** Ok. Did you chat with his son?

**JOHN DAVE:** No, I'm shy.

**DENISE BIEHN:** Which son tried to chat with you?

**JOHN DAVE:** She was asking if I was ok, how I'm doing.

**OFFICER OPOCH:** [Foreign].

**JOHN DAVE:** Jonathan.

**DENISE BIEHN:** Ok. Do you recognize this? This is picture number 3.

**JOHN DAVE:** That's my brother.

**DENISE BIEHN:** What's your brother's name? Which brother?

**JOHN DAVE:** John Hazel.

**DENISE BIEHN:** Will you write that on the back for me? Ok. Where does John live now?

**JOHN DAVE:** With my sister. They separated.

**DENISE BIEHN:** So he's with your sister Jefferlyn?

**JOHN DAVE:** No, the other one.

**DENISE BIEHN:** Which other one?

**JOHN DAVE:** Junalin.

**DENISE BIEHN:** Ok, and where do they live?

**JOHN DAVE:** I think in Mandaway.

**DENISE BIEHN:** What do you think about seeing this picture?

**JOHN DAVE:** I don't know.

**DENISE BIEHN:** How old do you think he is in this picture, your brother?

**JOHN DAVE:** Thirteen to fifteen, I don't know.

**DENISE BIEHN:** Thirteen to fifteen?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** And in this picture of Jefferlyn, how old does she look to you?

**JOHN DAVE:** About 12.

**DENISE BIEHN:** About 12?

**JOHN DAVE:** I can't remember.

**DENISE BIEHN:** You can't remember or you can't tell? But you think about 12? Is Jefferlyn younger than John Hazel?

Interview of John Dave Llamos – Page 7

**JOHN DAVE:** Yeah. My brother is the eldest.

**DENISE BIEHN:** This one, this is the oldest brother John Hazel? Number 3, picture number 3? Ok. Do you recognize that bracelet? That's picture number 4.

**JOHN DAVE:** I don't know.

**DENISE BIEHN:** Ok. Did you ever go anywhere with Mr. Rockett? The beach…

**JOHN DAVE:** Yeah, the beach. I remember we were at the beach.

**DENISE BIEHN:** You were at the beach. What beach did you go to?

**JOHN DAVE:** Blue Reef.

**DENISE BIEHN:** Blue Reef? Ok. Did you bring your own swimsuit?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Who else went to Blue Reef with you?

**JOHN DAVE:** My sister's friends.

**DENISE BIEHN:** Alright, who else.

**JOHN DAVE:** All the people he knows.

**DENISE BIEHN:** All the people he knows?

**JOHN DAVE:** Uh-huh.

**DENISE BIEHN:** How did you get there?

**JOHN DAVE:** He invited us.

**DENISE BIEHN:** Ok, but how did you actually get to the beach?

**JOHN DAVE:** A Jeepne.

**DENISE BIEHN:** And where did you go to get to the Jeepne or where did the Jeepne pick you up?

**JOHN DAVE:** Right in the street of our neighborhood.

**DENISE BIEHN:** Do you know where Mr. Rockett was staying? What hotel?

**JOHN DAVE:** Parklane Hotel.

**DENISE BIEHN:** And back at the time when you went to the movies with Mr. Rockett, do you know where he was staying then?

**JOHN DAVE:** In the same hotel or…

**DENISE BIEHN:** I'm sorry, when he went to the movies it was also the same hotel. Parklane?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** So same trip? You go to the movies and you go to the beach? Was that the same trip?

[Foreign conversation between John Dave and Opoch].

**JOHN DAVE:** I guess.

**DENISE BIEHN:** You're guessing. You don't need to guess. If you're not sure, just say "I don't know," or "I don't remember."

**JOHN DAVE:** I don't remember because he has two hotels, Golden Peak and Parklane.

**DENISE BIEHN:** Ok. Did you ever go to the Golden Peak?

**JOHN DAVE:** No.

**DENISE BIEHN:** How do you know that he had that hotel?

**JOHN DAVE:** My other friends told me.

**DENISE BIEHN:** Which friends told you?

**JOHN DAVE:** They were going to… in Golden Peak.

[Foreign conversation between John Dave and Opoch].

**JOHN DAVE:** Richard Batiqi.

**DENISE BIEHN:** Ok, Richard told you that he had gone to the Golden Peak with Mr. Rockett?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** And what about the Parklane. Did you ever go to Parklane to see Mr. Rockett?

**JOHN DAVE:** I think I remember.

**DENISE BIEHN:** Ok, you think you remember. Remember what I just said. It's ok if you don't remember something. But if you do remember, I'd like to hear about it. Is it something that you don't want to talk about? Because you seem kind of hesitant to talk to me.

**JOHN DAVE:** I'm ok.

[Foreign conversation between John Dave and Opoch].

**JOHN DAVE:** I'm telling to him it's ok, we're just going to hear about Steven Rockett and what he's doing.

**DENISE BIEHN:** Are you more comfortable talking to Gabriel with me not being here?

[Foreign conversation between John Dave and Opoch].

**JOHN DAVE:** I'm ok.

**DENISE BIEHN:** Are you sure?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Alright, let's talk about the Parklane. What do you remember about that?

**JOHN DAVE:** My friends told me we were just going to play and watch TV. They said it has cable.

**OFFICER OPOCH:** [Foreign].

**JOHN DAVE:** C'est la Richard.

**OFFICER OPOCH:** Richard told him, "We're going to the Parklane Hotel. We just go there and watch TV and just play there."

**DENISE BIEHN:** Ok. And what happened?

**JOHN DAVE:** Something went wrong.

**DENISE BIEHN:** Can you tell me what went wrong for you?

**JOHN DAVE:** He was kind of asking us, "Be naked."

**OFFICER OPOCH:** [Foreign].

**JOHN DAVE:** Steve. Yeah, Steve. I was kind of in shock. I was afraid. But I don't have…

**OFFICER OPOCH:** The chance to say no.

**JOHN DAVE:** Yeah, because he's big, ya know.

**DENISE BIEHN:** He's a big guy.

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Ok. I know this is really hard to talk about. Especially because I'm a stranger. Have you ever talked to anybody about it?

**OFFICER OPOCH:** [Foreign].

**JOHN DAVE:** I think I talked to my girlfriend once but I don't think she remembers. It's too long.

**DENISE BIEHN:** Too long? How old were you do you think when you were at the Parklane Hotel?

**JOHN DAVE:** I guess 10.

**DENISE BIEHN:** About 10 years old?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** I know it's not something that's easy to talk about.

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** But it's important, so I would like to take it kind of slow and go through with a little bit more details about exactly what happened, ok? And we don't have to write it down. We can just talk about it, ok? So I want you to start from the park where Richard invite… did Richard invite you to go or did Steven invite you to go to the hotel?

**JOHN DAVE:** Richard invited me to go. He was asking, we can play, he said "It's okay, it's okay, we're playing." As I said, something went wrong. He was asking us to be naked and like, "Do you want to go to shower?" Yeah. As a kid, don't have sense... so you're just gonna "Yeah, me, me."

**DENISE BIEHN:** Yeah. And then what happened?

**JOHN DAVE:** He was speaking to us like, "Who's going to go in, someone." I'm with Michael. At first he's letting us to go to the bathroom. We shower. We [Inaudible] and then he walk in.

**DENISE BIEHN:** What happened when he walked in?

**JOHN DAVE:** He asked who was going to go first. I didn't understand. Yeah. Like just doing... And then he let us sit in the cubicle.

**DENISE BIEHN:** Ok. And then what happened?

**OFFICER OPOCH:** [Foreign].

**JOHN DAVE:** He wanted to touch our... ya know.

**OFFICER OPOCH:** Private parts.

**DENISE BIEHN:** Yeah, private parts.

[Foreign conversation between John Dave and Opoch].

**JOHN DAVE:** [Inaudible] best friends with me.

**DENISE BIEHN:** Michael was your best friend?

**JOHN DAVE:** Yeah. He's my cousin too.

**DENISE BIEHN:** So did he touch you first or Michael first? How did it go?

**JOHN DAVE:** I think it was me first. Yeah.

**DENISE BIEHN:** Was Michael there when he was touching you?

**JOHN DAVE:** No, he was covered by the curtain.

**DENISE BIEHN:** Ok, the curtain of the shower?

**JOHN DAVE:** Yeah.

**OFFICER OPOCH:** In the bathtub.

**DENISE BIEHN:** In the bathtub, ok. And so... just so... Michael's in the bathtub. Where are you and where is Steven?

**JOHN DAVE:** Steven covered Michael with a curtain.

**OFFICER OPOCH:** [Foreign]. Michael is covered with the curtain.

**DENISE BIEHN:** And where are you?

**JOHN DAVE:** I'm sitting in the cubicle.

**DENISE BIEHN:** What's the cubicle?

**OFFICER OPOCH:** [Foreign]. Bowl, the one that…

**DENISE BIEHN:** The toilet bowl? Oh, you're sitting on the toilet?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** You call it the cubicle, yeah?

**OFFICER OPOCH:** His uh, he's talking about the toilet seat.

**DENISE BIEHN:** Ok, so you're sitting on the toilet seat. And where is Steven?

**JOHN DAVE:** He was starting to touch…

**OFFICER OPOCH:** He's standing in front of him while he's sitting on the toilet bowl.

**DENISE BIEHN:** Go ahead, I'm sorry.

**JOHN DAVE:** He's starting to touch…

**OFFICER OPOCH:** Your private parts.

**JOHN DAVE:** Yeah. I was just freezing. I don't know what to react.

**DENISE BIEHN:** Ok so… he was touching you?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Was he touching anything on his person?

**JOHN DAVE:** No.

**DENISE BIEHN:** Did he have clothes on or off?

**JOHN DAVE:** Clothes on.

**DENISE BIEHN:** Clothes on? Ok. Did he have a camera?

**JOHN DAVE:** I don't remember.

**DENISE BIEHN:** How long did he touch you?

**JOHN DAVE:** I think for 2 to 3 minutes.

**DENISE BIEHN:** Did he say anything to you while he's doing this?

**JOHN DAVE:** He was just saying "Don't be scared. It's ok."

**DENISE BIEHN:** How are you feeling when this was happening?

**JOHN DAVE:** I was shocked. I was scared.

**DENISE BIEHN:** Anything else?

**JOHN DAVE:** I feel like I don't want to talk to anyone.

**DENISE BIEHN:** I'm sorry that this happened to you as a little boy. It's hard. I can see by the way that your face is… Can you tell me what happened after the touching?

**JOHN DAVE:** He let me take my clothes and change, and then he went up to Michael.

**DENISE BIEHN:** Did you see what happened with Michael?

**JOHN DAVE:** The same thing he was doing with me.

**DENISE BIEHN:** Did you see that happen?

**JOHN DAVE:** No, I left when he started to touch… I left the bathroom.

**DENISE BIEHN:** Did you see him touch Michael?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Where was Michael when he was being touched?

**JOHN DAVE:** Same place, the toilet seat.

**DENISE BIEHN:** And again, Steven… did he have his clothes on or off?

**JOHN DAVE:** No, still have his clothes on.

**DENISE BIEHN:** And was Steven touching himself at all?

**JOHN DAVE:** No.

**DENISE BIEHN:** And where were the other boys that were with you?

**JOHN DAVE:** They were in the room, laying. We were the first two guys who went…

**DENISE BIEHN:** Ok, you were the first two guys to go take a shower?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** How many boys were in the room at the time? Do you remember?

**JOHN DAVE:** I think 8.

**DENISE BIEHN:** 8 boys? Do you remember who all was there?

**JOHN DAVE:** I can't remember.

**DENISE BIEHN:** You remember Michael because he was with you. And which Michael is it? Is the Michael that's upstairs?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** And his last name is…

**JOHN DAVE:** Abanggan.

**DENISE BIEHN:** Who else?

**JOHN DAVE:** Richard, Ronald.

**DENISE BIEHN:** I'm sorry?

**JOHN DAVE:** Ronald. Jeffrey. I don't remember.

**DENISE BIEHN:** So you were paired up with Michael. Do you remember who Richard was paired up with?

**JOHN DAVE:** I don't remember.

**DENISE BIEHN:** What happened after you left the comfort room?

**JOHN DAVE:** I was in the corner trying to tell them that I want to go home.

**DENISE BIEHN:** What'd they say?

**JOHN DAVE:** They said they're having fun, they want to stay.

**DENISE BIEHN:** Ok. Did you talk to Michael about what happened?

**JOHN DAVE:** Yes, but he refuses to talk about it.

**DENISE BIEHN:** He refuses to talk about it? Ok. When did you try to talk to Michael about it?

**JOHN DAVE:** The next day after it happened.

**DENISE BIEHN:** Tell me about that, how did it go?

**JOHN DAVE:** I am asking him what did happen, if it's ok.

**DENISE BIEHN:** And what did he say?

**JOHN DAVE:** He said he's not ok and don't want to talk about it.

**DENISE BIEHN:** He said he's not ok?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** And did you talk to anybody else besides Michael? Did you talk to your mom or dad?

**JOHN DAVE:** No, I'm afraid.

**DENISE BIEHN:** Afraid?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** What were you afraid of?

**JOHN DAVE:** Afraid they would know about what happened.

**DENISE BIEHN:** Are you saying you didn't want them to know about what happened?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Why not?

**JOHN DAVE:** They will be angry.

**DENISE BIEHN:** Angry at who?

**JOHN DAVE:** At me.

**DENISE BIEHN:** Why? Why would they be angry at you?

**JOHN DAVE:** Because I am with stranger, ya know?

**DENISE BIEHN:** Ok. Did you ever go to the hotel with Mr. Rockett again?

**JOHN DAVE:** No.

**DENISE BIEHN:** But it looks like your brother and sister did, from these photos. Did you know that?

**JOHN DAVE:** No. But I remember after I have… I am with Steven Rockett… that moment… my brother told me not to go but it happened already. "Yes I will not go."

**DENISE BIEHN:** So your brother told you not to go with Steven after you had already been with Steven?

**JOHN DAVE:** Yes.

**DENISE BIEHN:** So little… he told you too late?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** But you don't remember your brother or your sister being with him? With Steven?

**JOHN DAVE:** No.

**DENISE BIEHN:** I had heard that maybe Jefferlyn and Steven were boyfriend/girlfriend after he divorced with Christine. Is that true?

**JOHN DAVE:** I don't think that's true.

**DENISE BIEHN:** Ok. You said that you went to the beach. Did Steven do anything at the beach that made you feel uncomfortable?

**JOHN DAVE:** No.

**DENISE BIEHN:** Was there anything that Steven did at any other time that made you feel uncomfortable?

**JOHN DAVE:** No, I don't think so.

**DENISE BIEHN:** Did Steven ever take photographs of you?

**JOHN DAVE:** He did. All of us… 8… 6… were naked and he was like "Let's go take a picture."

**DENISE BIEHN:** When was that?

**JOHN DAVE:** The moment he was touching us. After. Before.

**DENISE BIEHN:** So before you went to the shower, you were all undressed, all the boys?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Tell me about that. Tell me about the pictures that he took, how he had that happened?

**JOHN DAVE:** It was like, "Take your clothes off, stand, let's go take a picture."

**DENISE BIEHN:** Did any of you boys say anything about that?

**JOHN DAVE:** Yeah, we were afraid but... we were just scared.

**DENISE BIEHN:** You say that, you're scared of him. What was it about that that made you scared?

**JOHN DAVE:** We were scared what will he be going to do? Is he going to hurt us?

**DENISE BIEHN:** Where did you stand for this picture for all the boys?

**JOHN DAVE:** I think I'm in the middle.

**DENISE BIEHN:** And were you standing or sitting or lying down?

**JOHN DAVE:** We were standing.

**DENISE BIEHN:** Was it just one picture? Many pictures?

**JOHN DAVE:** I remember one.

**DENISE BIEHN:** Do you remember what the camera was like? What it looked like?

**JOHN DAVE:** A digi-cam.

**DENISE BIEHN:** I have a Cannon camera here. Is that like a digi-cam?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Ok. So just... when you say digi-cam is that just a small point and shoot camera?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** You mentioned before that Steven had a friend that was a foreigner. Was that foreigner friend with him during any of these incidents?

**JOHN DAVE:** No.

**DENISE BIEHN:** Do you know if he was also staying at the same hotel?

**JOHN DAVE:** No.

**DENISE BIEHN:** And besides the Parklane, did you go to any other hotels with him?

**JOHN DAVE:** No.

**DENISE BIEHN:** And when we first sat down, I think you said that Steven was your friend.

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** And you said that you didn't remember going anywhere with him.

**JOHN DAVE:** Yes.

**DENISE BIEHN:** Why did you say those things to me then?

**JOHN DAVE:** I was afraid, but I just wanted to help.

**DENISE BIEHN:** I want you to know that you're not the only one, ya know?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Have you talked to other boys? Is there people talking in the neighborhood, I asked you about that too, if people were talking about me being here and talking to people? No? You're shaking your head no.

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Is there anything else you would like to tell me that I haven't talked about?

**JOHN DAVE:** I don't have any.

**DENISE BIEHN:** Ok, I have one picture that I want to show you. It's going to take me just a second to find it. Ok?

[Foreign conversation between John Dave and Opoch].

**DENISE BIEHN:** This is going to be number 5. Do you recognize that picture?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** What is that?

**JOHN DAVE:** They're my neighbors.

**DENISE BIEHN:** Which ones?

**JOHN DAVE:** These two.

**DENISE BIEHN:** Do you remember the names of the neighbors?

**JOHN DAVE:** No I don't remember.

**DENISE BIEHN:** Do you recognize that room?

**JOHN DAVE:** Yeah…no…no.

[Foreign conversation between John Dave and Opoch].

**OFFICER OPOCH:** Doesn't remember names. He remembers the [Inaudible] girl… the two guys in the picture are his neighbors.

**DENISE BIEHN:** Ok. When you talked about there was 8 boys with you at the hotel with you but you don't remember all of them, does this jog your memory? Were these boys with you at that time?

**JOHN DAVE:** No.

**DENISE BIEHN:** And looking at this room, that room does not look familiar to you? Ok. Now when we started talking, you said that Steven was married to Christine.

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Where was Christine when you were in the hotel room with Steven?

**JOHN DAVE:** I don't k now. I thought she was there.

**DENISE BIEHN:** You thought she was there?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** So when you were invited, did you expect that she would be also at the hotel?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** And what about Steven's boys, did he bring his sons with him on this…

**JOHN DAVE:** No.

**DENISE BIEHN:** Is there anything you want to ask me? Any questions you might have about what's happening?

**JOHN DAVE:** Is anyone see this?

**DENISE BIEHN:** Has anyone seen these? Anyone like who? What do you mean?

**JOHN DAVE:** Like my mom.

**DENISE BIEHN:** No, your mom has not seen it.

[Foreign conversation between John Dave and Opoch].

**OFFICER OPOCH:** He's asking if somebody seen the picture. No.

**DENISE BIEHN:** What are you think about right now, John Dave?

[Foreign conversation between John Dave and Opoch].

**OFFICER OPOCH:** He thought of having seen the picture on the internet.

**DENISE BIEHN:** You said that, is that what you were thinking?

**JOHN DAVE:** Yeah. Just scared.

**DENISE BIEHN:** You're scared?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** You're scared that what… tell me what you're…

**JOHN DAVE:** Like it's going to be seen in the internet.

**DENISE BIEHN:** I don't have any information that these pictures are on the internet. Ok? I don't know that they're not, but I don't have any information that they are. What are you thinking?

**JOHN DAVE:** I just thought that it was just me and my brother. But I saw my sister… was shocked.

**DENISE BIEHN:** So you didn't realize that your sister…

Yeah.

**DENISE BIEHN:** And you said you thought it was you and your brother. So you knew that your brother had experiences with Steve?

**JOHN DAVE:** From the moment he told me not to go, I think I know.

**DENISE BIEHN:** You didn't talk about it?

**JOHN DAVE:** Didn't talk about it.

**DENISE BIEHN:** You just felt that warning gave you the idea that something had happened to him?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Did you ever get a package or anything from Steve?

**JOHN DAVE:** Yeah, he gave us package.

**DENISE BIEHN:** What did you get in your package?

[Foreign conversation between John Dave and Opoch].

**OFFICER OPOCH:** He said that he received a package from Steve, but the thing is… inside a package where there are the names of the recipients, the gifts. The last time, she don't remember what year, but he receives t-shirts, clothes, that's all he receives.

**DENISE BIEHN:** T-shirts and clothes, and is that from the trip to the mall or was it in the box?

**JOHN DAVE:** No, it was in the box.

**DENISE BIEHN:** I'm going to show you another picture. I'm going to call it picture number 6. Do you recognize that picture?

**JOHN DAVE:** That's me.

**DENISE BIEHN:** That's you? Ok. Did you know that picture was taken?

**JOHN DAVE:** No.

**DENISE BIEHN:** I know this is hard to think about, but do you know how old you are in that picture?

**JOHN DAVE:** I guess 10.

**DENISE BIEHN:** Do you think that's the same time we're talking about?

**JOHN DAVE:** I never… I didn't…

[Foreign conversation between John Dave and Opoch].

**OFFICER OPOCH:** First and last time at the hotel.

**DENISE BIEHN:** So you think this is at the Parklane? And you think you're about 10 years old?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** John Dave, Gabriel tells me there's somebody here at the Barangquay who's available to talk to you about the experiences that you had.

[Foreign conversation between John Dave and Opoch].

**JOHN DAVE:** No.

**DENISE BIEHN:** No? If you're ready, if you're ever ready, Gabriel will give you his phone number and he can help make something like that happen.

[Foreign conversation between John Dave and Opoch].

**OFFICER OPOCH:** He said that he tried to forget the thing [Inaudible] talking about the thing that happened would be kind of [Inaudible].

**DENISE BIEHN:** Kind of what?

**OFFICER OPOCH:** Like uh, he would remember all the things he would feel…

**DENISE BIEHN:** All over again. Yeah, I know when we talk it kind of brings it all back up again.

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** I understand sometimes that you have to remember it all to start getting past it. Maybe. Everybody's different. Some people like to talk. Some people like to be quiet. Everybody's different. I want to go back to talking about what happened in the comfort room. When you got out of the shower, why did you go to the… how do you say… the toilet? Why did you go to sit on the toilet?

**JOHN DAVE:** I was scared. I didn't know what to do.

**OFFICER OPOCH:** Did Steve say something like, you have to sit there?

**JOHN DAVE:** Yeah.

**OFFICER OPOCH:** So it's all about Steve who gave instructions to you?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Can you tell us what he said when you got out of the shower? What did he say?

**JOHN DAVE:** He was like, "Oh just sit, let's talk." Then he says nothing and start… when I was trying to react, he was like, "It's ok. It's ok."

**DENISE BIEHN:** So when you say you were trying to react, what were you doing?

**JOHN DAVE:** Trying to stand up. Get out the comfort room.

**DENISE BIEHN:** You were trying to stand up and get out of the comfort room?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** And if you were able to stand up, where was Steve? Would he have… Was he between you and the door?

**JOHN DAVE:** Yeah, he was between the door.

**DENISE BIEHN:** How did you know when it was ok to leave?

**JOHN DAVE:** When all of us were done taking a shower.

**DENISE BIEHN:** So while you were there, all the boys went into the shower?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Was it always 2 by 2 or was it sometimes different?

**JOHN DAVE:** I think it was just 2 by 2.

**DENISE BIEHN:** And when did you know it was ok to leave the comfort room?

**JOHN DAVE:** When Michael finished.

**DENISE BIEHN:** Where were you when Mr. Rockett was touching Michael?

**JOHN DAVE:** I was in the bathtub.

**DENISE BIEHN:** How did you… this may sound like a stupid question, but how did you get from the toilet back into the bathtub. How did that happen?

**JOHN DAVE:** I couldn't' get out so I just went back to the bathtub and started thinking, "I'm scared."

**DENISE BIEHN:** So you said you can't get out. You couldn't get out of the bathroom?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** So you just got back in the bathtub with Michael?

**JOHN DAVE:** Yeah.

**DENISE BIEHN:** Don't let me put words in your mouth. I want it to be how it was for you. Ok? So you can't get out of the… what do you mean you can't get out of the bathroom?

**JOHN DAVE:** I can't get out so I just want back.

**DENISE BIEHN:** Ok. How did Michael know that it was his time to get out of the tub?

**JOHN DAVE:** When Steve asked.

**DENISE BIEHN:** What did he say? What did Steve say?

**JOHN DAVE:** He said, "Michael. Come out here."

**DENISE BIEHN:** Did you say anything to Michael before he got out of the tub?

**JOHN DAVE:** I said I wish we never here. Never knew this would happen.

**DENISE BIEHN:** Ok. So Michael gets out of the tub. Was the curtain open or closed?

Interview of John Dave Llamos – Page 21

**JOHN DAVE:** It was closed.

**DENISE BIEHN:** So before you said you saw Steven touch Michael. How did you see that?

**JOHN DAVE:** I peeked.

**DENISE BIEHN:** And um, how did you get out of the tub again. So what happened after...

**JOHN DAVE:** When Michael says "Let's go out, we're finished."

**DENISE BIEHN:** Michael said what?

**JOHN DAVE:** Michael said they're done. Wanted to go out to... so we went out.

**DENISE BIEHN:** Michael said they're done to you. Did Steven say anything?

**JOHN DAVE:** When we left the hotel he said that no one must know about what happened.

**DENISE BIEHN:** Alright Gabriel, is there anything that I missed that you want to ask?

**OFFICER OPOCH:** The rest of the boys you were with in that room, [Foreign].

**JOHN DAVE:** [Foreign].

**OFFICER OPOCH:** I ask if he knew about some of the boys who were with them. Did Steve Rockett do the same thing? He said that maybe. He has a feeling that might... some of... the rest of the boys.

**DENISE BIEHN:** You know, you mentioned that you knew that Mr. Rockett stayed at the Golden Peak. Do you know what boys went to the Golden Peak with him?

**JOHN DAVE:** Richard and Ronald I think.

[Foreign conversation between John Dave and Opoch].

**OFFICER OPOCH:** I asked him if he knew, after that day, among the boys does somebody went to the hotel with Steve. He said I don't know.

**DENISE BIEHN:** Ok. John Dave, is there anything you want to tell us? Anything we forgot to ask or that we should know?

**JOHN DAVE:** I don't think so.

**DENISE BIEHN:** And do you have any questions?

[Foreign conversation between John Dave and Opoch].

**JOHN DAVE:** Please don't tell my mom about this.

**DENISE BIEHN:** Ok. I don't have any reason to talk to your mom. What is it about that with your mom? Why is that important that she doesn't know?

**JOHN DAVE:** Don't want to add to the problems that she had right now.

**DENISE BIEHN:** Ok. Alright. I'm going to ahead and stop the recording. It's about 10:45 concluding the interview with John Dave.