<u>USA v. Steven Rockett</u>

Denise Biehn Interviews Marrifers Gepanaga 10/11/14

**DENISE BIEHN:** Ok, this is Special Agent Denise Biehn. I'm at the Barangquay-Luz Community Hall. It's a Saturday, October 11th, 10:55. I'm here with PNP Officer Gabriel Opoch. I'm interviewing Marrifers. How do you say your last name Marrifers?

**MARRIFERS GEPANAGA:** Marrifer.

**OFFICER OPOCH:** [Foreign conversation between Marrifer and Opoch].

**MARRIFERS GEPANAGA:** Gepanaga.

**DENISE BIEHN:** Alright so Marrifers, Gabriel has told me that your mom gave us permission to speak to you. Gabriel, do you want to acknowledge that we have permission from your mom to talk to you.

**OFFICER OPOCH:** [Foreign].

**MARRIFERS GEPANAGA:** Marrifer said that her mom knows that… her mom give us permission for her to be interviewed with us right now.

**DENISE BIEHN:** Ok. And Marrifers, I asked you, but I just want to point out that I'm going to record this conversation because it helps me to remember the things that you've said.

**OFFICER OPOCH:** [Foreign].

**DENISE BIEHN:** And do you know who I am Marrifers? Yes? You nodded your head yes? Ok. Who am I?

**MARRIFERS GEPANAGA:** Mam Denise.

**DENISE BIEHN:** Mam Denise, absolutely right. And do you know where I'm from?

**MARRIFERS GEPANAGA:** America.

**DENISE BIEHN:** America, I sure am. And I really like talking, I like to chat. Do you like to chat as well? Do you like to chat and have a conversation?

**OFFICER OPOCH:** [Foreign]. Yes.

**DENISE BIEHN:** What kind of things do you like to do?

**OFFICER OPOCH:** [Foreign].

**MARRIFERS GEPANAGA:** [Foreign].

**OFFICER OPOCH:** She loves playing.

**DENISE BIEHN:** Playing? What do you play? What games?

**OFFICER OPOCH:** [Foreign].

**MARRIFERS GEPANAGA:** [Foreign].



Interview of Marrifers Gepanaga – Page 1

**OFFICER OPOCH:** She loves jumping rope.

**DENISE BIEHN:** Jumping rope, that's a good one. What else do you like to do?

**OFFICER OPOCH:** [Foreign].

**MARRIFERS GEPANAGA:** Chinese.

**OFFICER OPOCH:** Chinese.

**DENISE BIEHN:** Chinese, what's that?

**OFFICER OPOCH:** It's like the stretchable [Inaudible]. Jump in and out.

**DENISE BIEHN:** Oh ok, so the Chinese jump rope. How old are you Marrifers?

**MARRIFERS GEPANAGA:** Nine.

**DENISE BIEHN:** Nine, where do you go to school?

**OFFICER OPOCH:** [Foreign].

**MARRIFERS GEPANAGA:** Barangay-Luz.

**DENISE BIEHN:** Who are some of your friends?

**OFFICER OPOCH:** [Foreign].

**MARRIFERS GEPANAGA:** [Foreign].

**OFFICER OPOCH:** Charlotte, Arese and Stella are her friends in school.

**DENISE BIEHN:** Alright, very good. I want you to know that when we talk, if you don't know the answer to my questions, you can say "I don't know."

**OFFICER OPOCH:** [Foreign]. Yes.

**DENISE BIEHN:** And I just want you to always tell me the truth. That's the most important thing.

**OFFICER OPOCH:** [Foreign]. Yes.

**DENISE BIEHN:** And you understand what I mean by saying the truth?

**OFFICER OPOCH:** [Foreign]. Yes. She said yes the truth and he don't want to say false if she doesn't understand.

**DENISE BIEHN:** Ok, so if I ask you a question and I say it's raining inside, is that true? Is it raining inside?

**MARRIFERS GEPANAGA:** No.

**DENISE BIEHN:** No, absolutely. If I say it's kind of noisy in here, is that true?

**MARRIFERS GEPANAGA:** Yes.

**DENISE BIEHN:** Do you know why I wanted to talk to you today?

**OFFICER OPOCH:** [Foreign].

**DENISE BIEHN:** No? No idea? So I wanted to talk to you about someone I think you might now. I'm going to show you a picture, maybe you know.

**OFFICER OPOCH:** [Foreign]. Just say yes if you know the person in the picture.

**DENISE BIEHN:** Do you know this person? Who is that?

**MARRIFERS GEPANAGA:** Steven Rockett.

**DENISE BIEHN:** Ok, so picture number 1. How do you know this person?

**OFFICER OPOCH:** [Foreign].

**MARRIFERS GEPANAGA:** [Foreign].

**OFFICER OPOCH:** She said that she's seen that guy on Facebook with her elder brother, [Inaudible]. She's seen her elder brother chatting with Steven Rockett on Facebook. She asked "who is that guy", and her elder brother told her "it is my friend, Steven Rockett". That's why she knew Steven Rockett.

**DENISE BIEHN:** Ok. Have you ever seen him in real life, in person, like you and me?

**MARRIFERS GEPANAGA:** No.

**DENISE BIEHN:** Do you have Facebook?

**OFFICER OPOCH:** Yes.

**DENISE BIEHN:** I think I might have your Facebook page. Do you want to see if I have it?

**OFFICER OPOCH:** [Foreign]. She wants to see it. You can see. [Foreign].

**DENISE BIEHN:** Gabriel is going to go check and see if we can go to that other office, it may be a little quieter. Do you want some water to drink? No? What do you like to drink? Juice? Milk? Juice? What kind of juice?

**MARRIFERS GEPANAGA:** Tang.

**DENISE BIEHN:** Which one?

**MARRIFERS GEPANAGA:** Tang orange.

**DENISE BIEHN:** Ok. We're going to pick up and we're going to move into that other room, ok? So we can hear you a little better. Go ahead. I'll just leave it. We'll be able to see it.

[Moving to different room]

**DENISE BIEHN:** There you go Marrifers. You can have a seat. Wow. I know there was a big fire out there, yeah? Ok, so just because I have the recorder on, we've switched rooms to hopefully a little quieter room. It seems to be a little quieter. So Marrifers, I was going to show you what I think might be your Facebook. You're on Facebook right? Do you have a Facebook?

**OFFICER OPOCH:** [Foreign].

**MARRIFERS GEPANAGA:** Mhm.

**OFFICER OPOCH:** Yes.

**DENISE BIEHN:** What's your Facebook name?

**MARRIFERS GEPANAGA:** Marrifer Gepanaga.

**DENISE BIEHN:** Ok, so just your full name is your Facebook name? How did you know how to set up Facebook?

**OFFICER OPOCH:** [Foreign].

**MARRIFERS GEPANAGA:** [Foreign].

**OFFICER OPOCH:** His uncle did his Facebook.

**DENISE BIEHN:** Ok, your uncle helped you? And where do you go to go on Facebook?

**OFFICER OPOCH:** [Foreign].

**MARRIFERS GEPANAGA:** [Foreign].

**OFFICER OPOCH:** It wasn't Facebook, just want to see the friends.

**DENISE BIEHN:** I mean where does she use the computer to be on Facebook?

**OFFICER OPOCH:** [Foreign].

**MARRIFERS GEPANAGA:** [Foreign].

**OFFICER OPOCH:** Before in there house there was internet connection in there house. But now he is using the [Inaudible] for three minutes.

**DENISE BIEHN:** Ok, a pacer for 3 minutes. Do you still have Facebook?

**MARRIFERS GEPANAGA:** Yes.

**DENISE BIEHN:** Ok, and let me see if this is you. Is that your Facebook account?

**MARRIFERS GEPANAGA:** Yes.

**DENISE BIEHN:** I'm going to call that number 2. I'll show you all of them. I can see you want to see that. Who's in the picture there on number 2?

**OFFICER OPOCH:** It's her younger sister. Is it a boy or a girl?

**MARRIFERS GEPANAGA:** Girl.

**OFFICER OPOCH:** Girl, younger sister.

**DENISE BIEHN:** This one, what's her name?

**MARRIFERS GEPANAGA:** Montessa.

**DENISE BIEHN:** Oh, Montessa. Ok. Ok. So this is Montessa. Alright. And this one is you, right? What outfit is that that you're wearing?

**MARRIFERS GEPANAGA:** [Inaudible] uniform.

**OFFICER OPOCH:** [Foreign]. It's like a dress that's prescribed for an activity in the church. Mary Zone 4?

**DENISE BIEHN:** Ok, Mary Zone 4?

**OFFICER OPOCH:** Yes.

**DENISE BIEHN:** When did you take that picture?

**OFFICER OPOCH:** [Foreign].

**MARRIFERS GEPANAGA:** [Foreign].

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** [Inaudible] summer in [Inaudible], Barangquay Hall, there. In the gym... the gymnasium.

**DENISE BIEHN:** How did you get it onto Facebook?

**OFFICER OPOCH:** [Foreign].

**MARRIFERS GEPANAGA:** [Foreign].

**OFFICER OPOCH:** Her mom.

**DENISE BIEHN:** And is this things you posted, like "I love my mother and father." You posted that?

**MARRIFERS GEPANAGA:** Yes.

**DENISE BIEHN:** Yes, it's ok. And you said "Pray for me for God," that's a post that you did? Ok, alright, and did you post these pictures... I don't know... what's happening here in this post where it says "Search for Mr. and Mrs. Calendar." What is that?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Her friends, friends on Facebook.

**DENISE BIEHN:** Ok. Facebook friends. Ok. Who's that? That's you huh? What outfit is this?

**MARRIFERS GEPANAGA:** Graduation. Kinder...

**OFFICER OPOCH:** Graduation day at Kindergarten.

**DENISE BIEHN:** Kindergarten graduation day. Excellent. So I think we know that this is Marrifers Facebook. Do you go on Facebook very often?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** No, she only go on Facebook every once a week.

**DENISE BIEHN:** Ok. Do you talk to any grownups on Facebook?

**OFFICER OPOCH:** [Foreign].

**MARRIFERS GEPANAGA:** No. [Foreign].

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** No, [Inaudible] chatting with his father.

**DENISE BIEHN:** Chatting with…

**OFFICER OPOCH:** His father.

**DENISE BIEHN:** Ok, with your father. Is your father one of your Facebook friends?

**OFFICER OPOCH:** [Foreign]. Yes.

**DENISE BIEHN:** Is this person your father? Ok. This person holding his thumbs up, that's your father?

**MARRIFERS GEPANAGA:** Mhm.

**DENISE BIEHN:** What's his name?

**MARRIFERS GEPANAGA:** Jespersen.

**DENISE BIEHN:** Jespersen. Those are some other pictures from your Facebook, yeah?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She forgot the name of this girl, but she remembers she was one of the neighbors before but they went to other place to live in.

**DENISE BIEHN:** Moved away?

**OFFICER OPOCH:** Moved away.

**DENISE BIEHN:** So Marrifers, did you… you said that you don't have any grownups as Facebook friends besides your dad, is that right?

[Foreign conversation between Marrifers and Opoch].

**DENISE BIEHN:** Ok, but when you saw Steven Rockett on your brother's Facebook, did you chat with Steven Rockett on your Facebook?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Yes, before. But now, no longer because we are not friends anymore on Facebook.

**DENISE BIEHN:** Ok, so you were friends with Steven Rockett on Facebook for a little while?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Before, we were friends on Facebook at time of chatting, but my Facebook was being hacked. So I got another one… account. That is why I am no longer friends with Steve.

**DENISE BIEHN:** How did you know your account was hacked?

**MARRIFERS GEPANAGA:** [Foreign].

**OFFICER OPOCH:** She can no longer open it anymore.

**DENISE BIEHN:** If I showed you what I think is a conversation, a chat that you had with Steven Rockett, do you think you would recognize it?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She said "I don't think so."

**DENISE BIEHN:** Do you… are you able to chat in English? Do you write in English?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Just a little.

**DENISE BIEHN:** If somebody was… I have some chats from your Facebook with lots of English. And I'm going to show you that. So these don't look like they look on Facebook. It's a little different.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** I explain to her this is the printout of the conversation, for example if you want to say hi to your papa and your papa said… dad said hi, I love you, I miss you… this is going to be the result if you print it out.

**DENISE BIEHN:** Yes, it's printed out. Are you able to read that? Can you read what that says right there?

**MARRIFERS GEPANAGA:** I told you I'm not going to play games about…

**DENISE BIEHN:** How about this one?

**MARRIFERS GEPANAGA:** You and me are not friends on [Inaudible]… Mitiko is your friend forever [Inaudible].

**DENISE BIEHN:** Did you write that? Do you think you wrote that?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She doesn't remember.

**DENISE BIEHN:** You don't remember? Do you know who is Mitiko? You shook your head yes. Who's Mitiko?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Mitiko [Inaudible] is one of his neighbors before. He's a…boy or girl?

**MARRIFERS GEPANAGA:** Girl.

**OFFICER OPOCH:** He's a girl and she thinks she's now 9 years old.

**DENISE BIEHN:** Did you write this about… what's that say right there?

**MARRIFERS GEPANAGA:** Steven Rockett.

**DENISE BIEHN:** And what's that say?

**MARRIFERS GEPANAGA:** Marrifer Gepanaga.

**DENISE BIEHN:** So that's Steven Rockett and that's you, right? Alright. I know how to read this because I'm used to seeing it. But this one was sent by you. When it says "Author" it means that's the person who wrote it.

[Foreign conversation between Marrifers and Opoch].

**DENISE BIEHN:** Now, did somebody ever help you write a chat on Facebook?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She said that she doesn't remember if someone was helping him... her... when she was chatting with Steve.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She remember one time when she was on Facebook with Steve and she was about to take a bath, and when she saw that [Inaudible], his cousin was chatting with Steve using his account.

**DENISE BIEHN:** Your cousin was using your account and chatting with Steve?

**MARRIFERS GEPANAGA:** Yes.

**DENISE BIEHN:** What cousin?

**MARRIFERS GEPANAGA:** Angie.

**OFFICER OPOCH:** It's a boy?

**MARRIFERS GEPANAGA:** Girl.

**OFFICER OPOCH:** It's Angie... Angie is a girl.

**MARRIFERS GEPANAGA:** Angela.

**OFFICER OPOCH:** Angela?

**MARRIFERS GEPANAGA:** Angela Gepanaga.

**OFFICER OPOCH:** It was Angela Gepanaga.

**DENISE BIEHN:** Ok. What I want you to do is I want you to read these and see if you might remember. So let's start with this one.

**OFFICER OPOCH:** Start this one.

**MARRIFERS GEPANAGA:** Mitiko is not friend [Inaudible] but I'm not going to argue about things if you want to be friends, that is fine. I'm not going to argue about things. I not want to ask for items if you're not going to send picture. Just shot like normal.

Interview of Marrifers Gepanaga – Page 8

**DENISE BIEHN:** Does that have any memories for you?

**OFFICER OPOCH:** [Foreign]. No.

**DENISE BIEHN:** Ok. Let's go to this one.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** I ask her if she remember... if there were times chatting with Steven, Facebook, if somebody was with her... like older than her, her cousins, her brothers, her mom [Inaudible] Facebook but she told me that his two brothers knows his Facebook account.

**DENISE BIEHN:** Your two brothers know her Facebook account?

**OFFICER OPOCH:** Yeah. It's only [Inaudible] that knows her Facebook account. She says sometimes I forgot to log out my account.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** It was only Angellie. [Inaudible] chatting with Steve.

**DENISE BIEHN:** So she's only seen Angellie chat with Steve, but her brother Jeep Jeep has access to her account?

**OFFICER OPOCH:** Yeah.

**DENISE BIEHN:** But she's never seen...

**OFFICER OPOCH:** But she's never seen him chatting with Steve. It's only Angela.

**DENISE BIEHN:** Alright. Do you remember this, can you read this one where it says...

**MARRIFERS GEPANAGA:** [Inaudible] I only send money for school supplies if you send me the special pictures.

[Foreign conversation between Marrifers and Opoch].

**DENISE BIEHN:** Shrugging your shoulders, you don't remember? Ok.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** I'm just telling her that... I feel that [Inaudible] to answer if the one chatting with... so I [Inaudible] would be the one typing it or using it. Ok?

**DENISE BIEHN:** Do you know what it means, special pictures? What does that mean?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She said a beautiful picture.

**DENISE BIEHN:** And what would that... did you type this with Mr. Rockett?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** No.

**DENISE BIEHN:** What about this, what does that say?

Roger he send money [Inaudible] good you are [Inaudible].

**DENISE BIEHN:** Do you know who is Roger?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She remember. She was the one typing it.

**DENISE BIEHN:** You just remembered you were the one tying it? Ok, tell me about what's going on in this conversation.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She said that Roger doesn't send money. She just thought of [Inaudible] send money, that's why he typed that, send that. Send money for you. Tell us about the money.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She said that Roger… she forgot the family name… but she remembers that Roger is a friend of her brother. It's a foreigner. She type this one is because Roger promise her that she will be given a camera, but she doesn't have one. That's why he type this one.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Is this the one… she's the one typing this? She's the sender?

**DENISE BIEHN:** Yes. The sender.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She remember about this topic but she forgot if she's the one typing it. But she remember that she's asking for money because she didn't receive the camera that Roger promised her.

**DENISE BIEHN:** So when Roger was here, did he promise you a camera?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She [Inaudible] Roger person, but she knew him in FB chatting.

**DENISE BIEHN:** Ok, so have you ever seen Roger in real life, in person?

**OFFICER OPOCH:** No.

**DENISE BIEHN:** Shaking your head no, ok. Do you remember now, now that you sort of remember this chat, do you remember what special pictures means?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** For her it's [Inaudible], which means a beautiful picture. What else? What is special? Yeah, it's only a beautiful picture.

**DENISE BIEHN:** A beautiful picture, ok. Can you read this part Marrifers?

Interview of Marrifers Gepanaga – Page 10

**MARRIFERS GEPANAGA:** Is Honeylene in your class?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Yeah, she's the one typing this because… is it Roger?

**MARRIFERS GEPANAGA:** Steve.

**DENISE BIEHN:** Are you asking me something, Gabriel?

**OFFICER OPOCH:** Yeah.

**DENISE BIEHN:** This is between Marrifers and Steve.

**OFFICER OPOCH:** Ok. She remember that she's the one typing this because Steve is asking her what grade is Honeylene. That's why she replied, "No, she's grade 4."

**DENISE BIEHN:** Did you write that? What does that say?

**MARRIFERS GEPANAGA:** Acote, I'm grade 3.

**DENISE BIEHN:** Do you remember writing that? You're shaking your head yes.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She remembers it also because Steve Rockett's asking her what grade she is and she says she replied, "Yeah, I'm in grade 3."

**DENISE BIEHN:** Ok, so let's go back to this first one then, ok? I want you to… you don't have to read them out loud, but I want you to read these again and see if you remember more about this.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She said she forgot but she remembered that she [Inaudible] that we're not friends anymore because she knew that Steve is friends with Mitiko.

**DENISE BIEHN:** How about this one, do you remember more about that?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She don't know about that.

**DENISE BIEHN:** You don't know about it or you don't remember it?

**OFFICER OPOCH:** She doesn't remember. She said also… the one who… She's asking what's "argue" mean.

**DENISE BIEHN:** What does argue mean? Yeah. So just so I make sure I understand what you remember, you remember talking about Mitiko with Steven Rockett?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She doesn't remember.

**DENISE BIEHN:** Did I misunderstand Gabriel? Didn't she just say that she was talking about Mitiko because he's not Facebook friends?

**OFFICER OPOCH:** Yeah.

**DENISE BIEHN:** So does she remember this?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Yes she remember.

**DENISE BIEHN:** Yes she remembers the Mitiko part?

**OFFICER OPOCH:** Yes, she remember they were talking, Steven Rockett, about Mitiko.

**DENISE BIEHN:** Ok. And you remember, and tell me if I'm wrong. Because remember how we talked about you will tell me if I don't get it right? Ok?

[Foreign conversation between Marrifers and Opoch].

**DENISE BIEHN:** But I think you said you remember asking for money because you never received a camera that had been promised to you?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** It's confusing.

**DENISE BIEHN:** That's alright, who promised to send you a camera?

**MARRIFERS GEPANAGA:** C'est Roger.

**OFFICER OPOCH:** This time, Roger.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She said this time, she remembered, they were chatting and using the webcam, so camera.

**DENISE BIEHN:** They're chatting via webcam?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Yes, she saw Roger on camera.

**DENISE BIEHN:** Did you talk to Roger on the web camera?

**MARRIFERS GEPANAGA:** C'est Roger.

**OFFICER OPOCH:** Roger.

**DENISE BIEHN:** Ok, did you ever talk to Steven on the webcam… Steven Rockett?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Yes.

**DENISE BIEHN:** What kinds of things did you talk about when you talked to Steve?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Steve Rockett promised her she would be sending jumping rope for her. And she said ok.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** So she received, as Steve Rockett promised, she received a jumping rope.

**DENISE BIEHN:** You did? You got a jumping rope?

**MARRIFERS GEPANAGA:** Mhm.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** I ask her if she's seen Steven Rockett in person. She says no. Only on the camera.

**DENISE BIEHN:** Did anyone ever ask you to take pictures to send on Facebook?

**MARRIFERS GEPANAGA:** Only mama [foreign] Honeylene.

**OFFICER OPOCH:** Yes, it was the mom… Honeylene's mom took pictures. The two of them. Honeylene and…

**DENISE BIEHN:** Ok. What were those pictures like?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She remembered that Honeylene's mom took pictures of them outside house for two times.

**DENISE BIEHN:** Tell me about the pictures, how they looked. If I was to see that picture, what would I see?

**OFFICER OPOCH:** She said that she remembered they were standing and she's wearing the color pink and shorts. Honeylene is wearing, she thinks the color green.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** I asked her does she know what the purpose of having those pictures, why Honeylene's mother took pictures of them. She said, "Yeah I know. Because I think it is for Steve."

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** I asked her how did she know that the pictures is for Steve. She said "I know it because Steve always ask picture of us. And it was through Honeylene's mom. Honeylene's mom is a friend of Steve."

**DENISE BIEHN:** How do you know Steve always asked pictures of you?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Because they were chatting with Steve on FB. Steve said "Give me pictures, send me pictures, you and Honeylene."

**DENISE BIEHN:** Ok, Steve asked you for pictures? She said yes. Ok. Was this on a web camera that he asked for it or was it in writing?

**MARRIFERS GEPANAGA:** Writing.

**OFFICER OPOCH:** Writing.

**DENISE BIEHN:** And what kind of pictures did Steve want?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Steve only asked pictures, nothing else, any pictures.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** I ask how many times Honeylene's mom took pictures of them. She said two times.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She remembered that the family that used [Inaudible] was the one that Steve Rockett send… Honeylene's mom…

**DENISE BIEHN:** Do you know Honeylene's mom's first name?

**MARRIFERS GEPANAGA:** Charis.

**DENISE BIEHN:** So Charis took… how many pictures of you did Charis take?

**MARRIFERS GEPANAGA:** Two.

**DENISE BIEHN:** Were they taken the same day or different days?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Same day.

**DENISE BIEHN:** And where were you when those pictures were taken?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** It was outside the house of Honeylene.

**DENISE BIEHN:** Did anyone else besides Honeylene's mom take pictures of you?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** No. No one else.

**DENISE BIEHN:** Ok. And while you were webcam chatting with Steven, did he ask for you to do anything special or different?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She said no, none so far. Steve Rockett [Inaudible] only to me through his camera the packages that he'll be sending to us.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Steve showed to me the packages [Inaudible] for here, for an elder brother, t-shirts, clothes and for her the jumping rope that she's asking for.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** I ask her if she knows about some of [Inaudible] friends that Steve Rockett is asking for a picture. She said no.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** I ask her if she remember one time when Steve and his mom… her mom chatting. She said no.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** I ask her if she does know… seen Honeylene's mom chat with Steve and she says no.

**DENISE BIEHN:** Are you friends with Honeylene?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She said that we're friends but she thinks she thought of… that [Inaudible] hacked also and she can no longer open it anymore. She told me that "I don't think so if Honeylene has the Facebook now."

**DENISE BIEHN:** But are you friends with her in person?

**MARRIFERS GEPANAGA:** [Foreign].

**OFFICER OPOCH:** Yes.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** They're neighbors and they're friends but I'm not that close… the houses… they're neighbors and friends.

**DENISE BIEHN:** When's the last time you talked to Honeylene?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She remembered the last time she talked to Honeylene. It was in August because she asked Honeylene if she has a class.

**DENISE BIEHN:** How about Honeylene's mom? When is the last time you talked to her? Or saw her?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** The last time was the time that Honeylene's mom took picture of them. That was the last time.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** But they were keep seeing each other, just passing.

**DENISE BIEHN:** Do you remember when you had your picture taken by Honeylene's mom? When was that?

**MARRIFERS GEPANAGA:** 2013. [Foreign].

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She said 2013.

**DENISE BIEHN:** Do you remember what month it was?

**OFFICER OPOCH:** She don't remember what month.

**DENISE BIEHN:** Season maybe? Can you ask her what season?

**MARRIFERS GEPANAGA:** Summer.

**DENISE BIEHN:** Summer, ok. How do you know it was 2013?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She knows that it was 2013 because it was the closing of the school. She said that I'm about to go in grade 4 and she's now grade 4.

**DENISE BIEHN:** Have you ever seen Steven Rockett in real life? Person to person?

**MARRIFERS GEPANAGA:** No.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She's only seen Mr. Rockett through camera. There was one time she was about to see him in person, Steven Rockett invited them to go to the beach, but she was not invited or she wasn't able to come, to go.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She want to go to the beach with Steven Rockett friends and neighbors, but when she ask permission from his mom, her mom did not allow her to go. She also asked her elder brother to go with him, but she did not give her the permission.

**DENISE BIEHN:** So you were invited, but your family wouldn't let you go to the beach.

**MARRIFERS GEPANAGA:** Mhm.

**DENISE BIEHN:** Ok, you shook your head yes. Ok. Did you know why you couldn't go? Why your family said, "No you can't go to the beach?"

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** It's because for her the reason why she was not allowed to go to the beach was because one time they had their family at the swimming pool and she was about to go drown. So that's the reason… she thinks that's the reason why.

**DENISE BIEHN:** You think that's the reason why? Because you might not swim so good? Is that what your mom said or is that just what you think?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** That's what she thinks of.

**DENISE BIEHN:** Alright, Gabriel. Is there anything you can think of that we need to cover that we haven't?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** I ask her if there were… during the time that Honeylene's mom took pictures of them, what happened. She said that Honeylene's mom told them there will be a front… posing front. Then turn back and took pictures.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** That's all she remembers.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** I ask her how many times she would chat with Steve. She said once or twice a week. And how often did… I ask her if it's the one who will call attention to Steve in the Facebook. She said sometimes it's her, she said "Hi Steve." But sometimes also it's Steve who call her attention, "Hi."

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** I ask her how long during it takes when they were chatting with Steve. Sometimes it takes 30 minutes. Sometimes 15 minutes. I ask her if Steve ask her to use the camera. She says yes, Steve Rockett always ask her to use the camera.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She said sometimes I'd be using the internet without camera. She remembered that sometimes Steve asks her if she has camera.

**DENISE BIEHN:** He asked you if you have a web camera or a camera?

**OFFICER OPOCH:** A web camera.

**DENISE BIEHN:** Ok.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Sometimes Steve asked her if she would be able to use her camera.

**DENISE BIEHN:** Ok. When she said that Steven was always asking for pictures, did she say, "Well how am I supposed to get a picture, I don't have a camera?"

Interview of Marrifers Gepanaga – Page 17

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Ok, she asked that once, "How would I take pictures since I have no camera?" Steve replied in text to her that mom of Honeylene has a camera "because I sent one. You can use it."

**DENISE BIEHN:** And what kind of pictures did Steve want?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** No, she doesn't remember Steve asking what kind of picture.

**DENISE BIEHN:** Alright, do you have any questions for us Marrifers?

**MARRIFERS GEPANAGA:** No.

**DENISE BIEHN:** No? Well thank you for coming and talking to us today. I appreciate it. Is there anything that you think we need to know? Anything we didn't ask about that you want to tell us about?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She said no, I forgot most of the things. She's telling me that one time she [Inaudible] Facebook but it can no longer be opened. That's why she asked her uncle to make a new one for her.

**DENISE BIEHN:** Ok is there anything that you told us that you don't think we understand? That we didn't get right?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** I ask her if there are things we cannot understand that way. She said no. I ask her that if you remember the message, the chat, most of them… she's not the one that's typing.

**DENISE BIEHN:** Most of them she's not the one that's typing?

**OFFICER OPOCH:** Yeah. Like this one.

**DENISE BIEHN:** She said this is Mitiko… she wrote that one.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She only remembers that she was typing this one. But the one boring. She does not thinks she's the one typing the word "boring".

**DENISE BIEHN:** Ok, so she wrote all of it but the word boring? Did I get that right? You wrote all of this but the word boring, is that right Marrifers? Yeah, she's saying yes. Ok. And then "No, Mitiko…" That one you didn't write because Mr. Rockett, that came from him. He's the person that wrote that, ok? So besides that, I think that when we went through them you said, "Yes, now I remember writing." Please clarify that.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** She doesn't remember.

**DENISE BIEHN:** Ok, but Gabriel, we were just talking to her earlier in this very conversation and she was saying that she did remember most of it. And maybe we just need to help her understand that she

doesn't need to remember every single thing that happened a year ago, but she does remember the conversation in general? So can we sure that up?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Yes. She said that I can no longer recall the word for chatting, but I remember only that we were talking with Steven Rockett about the promised me for the camera. He's asking for a picture and we were talking about Mitiko.

**DENISE BIEHN:** So you remember just generally the conversation where Steven Rockett was asking for your pictures?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Yes.

**DENISE BIEHN:** Nodding her head yes, ok. You remember generally talking about maybe getting some gifts in the mail. A camera?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** It was Roger who promised her the camera, but yes she remember that Steven Rockett promised to give her jumping rope.

**DENISE BIEHN:** Ok. Why did Roger want to send you a camera?

**OFFICER OPOCH:** Oh, ok. He's referring to a webcam.

**DENISE BIEHN:** Oh, ok.

**OFFICER OPOCH:** It's because Roger [Inaudible] that his webcam is blurry. That's why Roger promised to send her another webcam.

**DENISE BIEHN:** And she told us, but I don't remember. How does she know Roger? How did she meet Roger?

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** Because Roger she know is a friend of her… Jeep Jeep's friend. That's why she was chatting also.

[Foreign conversation between Marrifers and Opoch].

**OFFICER OPOCH:** I'm asking her how did she get to Roger… did Roger add her on Facebook. She said no. Roger asked her for a friendship request. Also to Steven.

**DENISE BIEHN:** So Steven asked to be your friend on Facebook?

**OFFICER OPOCH:** No. She's the one asking.

**DENISE BIEHN:** You're the one asking to be his friend? Yes, you shook your head yes.

[Foreign conversation between Marrifers and Opoch].

Interview of Marrifers Gepanaga – Page 19

**OFFICER OPOCH:** I ask her why you are requesting for a friend request with Steven and Roger and she said it's because I've seen it in the Facebook on my brother and I want to be friends with him also.

**DENISE BIEHN:** Anything else Marrifers? Anything else?

**MARRIFERS GEPANAGA:** No.

**DENISE BIEHN:** Alright, it's about 12:05. I'm going to go ahead and turn the recorder off.